# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| USA-HALAL CHAMBER OF COMMERCE, INC. a Maryland corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. |
| v. | ) ) | Equitable Relief is Sought |
| BEST CHOICE MEATS, INC., an Illinois corporation, | ) ) ) | Demand for Jury Trial |
| Defendant. | ) ) | |

## VERIFIED COMPLAINT

Plaintiff, USA-Halal Chamber of Commerce, Inc. ("USA Halal" or "Plaintiff"), a Maryland corporation, by and through its attorneys, Lavelle Law, Ltd., for its Verified Complaint against the Defendant, Best Choice Meats, Inc. ("Best Choice Meats" or "Defendant"), an Illinois corporation, alleges as follows:

## NATURE OF THE ACTION

1.      This is a civil action for federal trademark infringement and trademark dilution under the Lanham Act, 15 U.S.C. § 1051, *et seq*. and common law trademark infringement. USA Halal further alleges Illinois state law claims for violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2, violation of the Illinois Trademark Registration and Protection Act, 765 ILCS 1036/65, breach of contract, and unjust enrichment.

2.      USA Halal, among other things inspects and certifies meat and poultry products as Halal, or slaughtered and prepared in accordance with Islamic law.

3.       USA Halal's customers include distributors such as Best Choice Meats who, after passing USA Halal's rigorous certification standards, are allowed to display USA Halal's

trademarks on their products. Consumers rely on USA Halal's trademarks as assurance that the meat and poultry they purchase and eat qualifies as Halal.

4. USA Halal brings this action because Best Choice Meats is promoting and distributing meat and poultry products emblazoned with USA Halal's trademarks without authorization and in willful violation of USA Halal's federal and state intellectual property rights. USA Halal seeks to enjoin Best Choice Meats' wrongful use of USA Halal's trademarks, recover damages and Best Choice Meats' profits, and to secure other relief, including attorneys' fees and costs.

5. USA Halal seeks a temporary restraining order, preliminary injunction, and permanent injunction enjoining Best Choice Meats from continuing to infringe upon USA Halal's trademarks because:

    a.    USA Halal has a protectable interest in its trademarks, which are registered with the U.S. Patent and Trademark Office and incontestable;

    b.    USA Halal is likely to succeed on the merits because, since USA Halal's lawful termination of Best Choice Meats' right to use its trademarks, Best Choice Meats continues to place USA Halal's trademarks on its meat and/or poultry products and display the trademarks on its Web site;

    c.    USA Halal will suffer irreparable harm if this Court does not grant it injunctive relief because Best Choice Meats' continued willful infringement and dilution of USA Halal's trademarks will cause USA Halal further damage and threatens to permanently damage the value of the trademarks;

    d.    USA Halal does not have an adequate remedy at law because monetary damages are insufficient to remedy Best Choice Meats' continued willful infringement and dilution of USA Halal's trademarks and business good will. Accordingly, USA Halal requires injunctive relief to protect its business interest in its trademarks;

    e.    The balancing of equities favors USA Halal. As stated below, Best Choice Meats has not only admitted it has no right to USA Halal's Trademarks and claimed it has never used them on its product packaging, but falsely promised to remove them over a month ago. Best Choice Meats has no equities on its side; and

      f.      This injunctive relief is in the public interest because it will assure consumers that when they see USA Halal's trademarks on a meat or poultry product, the product has been slaughtered and prepared in accordance with Islamic law. The public also has a powerful interest in not being deceived by one merchant who displays another merchant's trademarks without permission.

6.      USA Halal seeks a hearing on its request for temporary injunctive relief at the Court's earliest convenience.

## THE PARTIES

7.      USA Halal is a Maryland corporation operating its principal place of business in Silver Spring, Montgomery County, Maryland.

8.      On information and belief, Best Choice Meats is an Illinois corporation organized under the laws of the State of Illinois and operating its principal place of business in Alsip, Cook County, Illinois.

## JURISDICTION AND VENUE

9.      This action arises primarily under the Lanham Act, 15 U.S.C. § 1051, *et seq.*

10.      This Court has subject matter jurisdiction over USA Halal's Lanham Act claims pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

11.      Additionally, this Court has diversity jurisdiction over USA Halal's claims pursuant to 28 U.S.C. § 1332 because (1) USA Halal and Best Choice Meats are incorporated and have their principal place of business in different states, and (2) the amount of controversy in this matter exceeds the sum or value of $75,000.00, exclusive of interest and costs.

12.      This Court has supplemental jurisdiction over USA Halal's common law and Illinois state law claims pursuant to 28 U.S.C. § 1367 because they are so related to its claims within this Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

13.     This Court has personal jurisdiction over Best Choice Meats because, on information and belief, Best Choice Meats is an Illinois corporation organized under the laws of the State of Illinois and because the wrongful conduct set out below occurred in this judicial district.

14.     This Court also has personal jurisdiction over Best Choice Meats because, on information and belief, it actively markets and sells its infringing products to Illinois consumers and the United States as a whole via its interactive Web site, and ships its infringing products to the same consumers. On information and belief, Best Choice Meats also regularly conducts business within the State of Illinois and, in particular, within the Northern District of Illinois.

15.     Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events, facts, or omissions giving rise to USA Halal's claims occurred in this judicial district and because, on information and belief, Best Choice Meats has a principal place of business within this judicial district.

## FACTUAL ALLEGATIONS

16.     A meat or poultry product qualifies as Halal if, and only if, the animal was slaughtered and prepared for sale in accordance with Islamic Law.

17.     USA Halal is in the business of certifying meat and poultry products that comply with U.S. and international Halal standards.

18.     Since 1997, USA Halal has built an international reputation for top-notch quality and reliability.  Consumers equate a USA Halal trademark as USA Halal's studied certification that any meat or poultry products bearing that trademark are in, in fact, Halal.

19.     USA Halal annually certifies millions of pounds of meat and poultry as Halal for hundreds of sellers and distributors throughout the United States who meet the firm's stringent certification standards.  After a seller or distributor is certified by USA Halal (and is otherwise in

compliance with its contractual duties), the distributor is licensed to display USA Halal's trademarks on its products.

20.     Every day, thousands of public consumers purchase meat and poultry products that is certified by U.S. Halal and that bear USA Halal's trademarks.

21.     Before certifying a seller's products, USA Halal employs a rigorous process to ensure that those products comply with USA Halal's certification standards, including by making on-site inspections of the seller's facilities.

22.     As part of its business, USA Halal is the record owner of several federal trademarks, including U.S. Registration Numbers 4311881, 4285198, 4285197, 4323111, 4323112, and 4323113 (collectively the "Trademarks") which includes the particular words, letters, numbers, design and stylized words associated with them, and which are shown below:

| | | |
|---|---|---|
| 1 | 4323113 | |
| 2 | 4323112 | |
| 3 | 4323111 | |
| 4 | 4311881 | |
| 5 | 4285198 | ISWA HALAL CERTIFICATION DEPARTMENT ® |
| 6 | 4285197 | USA HALAL CHAMBER OF COMMERCE, INC. ® |

23.     A copy of the Certificates of Registration for the above referenced trademarks are attached hereto as **Group Exhibit 1**.

24.     For each of the Trademarks, Affidavits have been filed pursuant to Sections 8 and 15 of the Lanham Act, 15 U.S.C. § 1058 and 1065, and this registration is incontestable. A copy of Combined Declarations of Use and Incontestability for the above referenced trademarks are attached hereto as **Group Exhibit 2**.

25.     The longstanding existence of these valid federal trademark registrations constitutes *prima facie* evidence of the ownership and validity of USA Halal's Trademarks.

26.     Additionally, consumers of Halal meat and poultry products have come to associate the Trademarks with certified Halal products, and rely on seeing the Trademarks for assurance that the meat or poultry they purchase complies with Halal standards.

27.     USA Halal has extensively and continuously used and promoted the Trademarks as a way to certify meat and poultry products that comply with Halal standards.

28.     The Trademarks now enjoy wide acceptance among consumers of Halal meat and poultry products as an indicator that the product carries USA Halal's certification and complies with the requisite standards for that certification.

29.     In 2015, Best Choice Meats sought an agreement with USA Halal in which USA Halal would permit Best Choice Meats to sell products bearing the Trademarks and display the same on its Web site. In exchange, Best Choice Meats agreed to compensate USA Halal for its use of the Trademarks.

30.     On or about December 14, 2015, USA Halal provisionally approved Best Choice Meats' application for Halal certification. *See* December 14, 2015 letter, attached hereto as **Exhibit 3**.

31.     After this approval, from approximately December 1, 2015 through May 31, 2018, Best Choice Meats sold meat and poultry products bearing USA Halal's Trademarks, and

displayed the Trademarks on its Web site. In exchange, Best Choice Meats paid an annual fee, as well as a variable fee in the amount of 3 cents per pound of meat and poultry that was certified.

32.     On August 23, 2016, Best Choice Meats applied for a renewal of USA Halal's certification. As part of that application, it agreed to USA Halal's Terms of Service. *See* August 23, 2016 renewal application, attached hereto as **Exhibit 4**; *see also* Terms of Service, attached hereto as **Exhibit 5**.

33.     Pursuant to the Terms of Service, Best Choice Meats agreed, among other things, that it would not "make any statement regarding its product certification that [USA Halal] may consider misleading or unauthorized," and that if its certification was "cancelled, suspended, withdrawn or annulled, [it] must desist from any promotion, making use of the certification and [USA Halal's] trademark." *See* **Ex. 5** (Terms of Service), ¶ 5(j), 15(l).

34.     On May 30, 2018, USA Halal informed Best Choice Meats that its certification had been suspended because it had not received monthly production reports as required by USA Halal's Terms of Service. Accordingly, Best Choice Meats was no longer in good standing and its certificate was suspended as of June 1, 2018. *See* May 30, 2018 letter, attached hereto as **Exhibit 6**.

35.     Additionally, Best Choice Meats violated the Terms of Service by failing to pay any variable fees to USA Halal for the products USA Halal certified.

36.     On information and belief, Best Choice Meats also violated the Terms of Service by denying USA Halal access to all of its facilities, thus preventing USA Halal from ensuring that Best Choice Meats and its products were in compliance with the requisite standards for Halal certification.

37.     Best Choice Meats failed to bring its account into good standing, and its certificate accordingly remained suspended. However, on information and belief, it continued to market,

distribute, offer for sale and sell meat and poultry products bearing the Trademarks and displayed the Trademarks on its Web site without USA Halal's authorization.

38.     On September 18, 2018, USA Halal notified Best Choice Meats that its certification was terminated. USA Halal's termination letter reminded Best Choice Meats that it was no longer allowed to display the Trademarks on its meat or poultry products or Web site. *See* September 18, 2018 letter, attached hereto as **Exhibit 7**.

39.     Because Best Choice Meats violated USA Halal's Terms of Service and failed to bring its account into good standing, Best Choice Meats was entitled to terminate its certification. *See* **Ex. 5** (Terms of Service), ¶ 9.

40.     On September 19, 2018, Best Choice Meats responded to this letter by claiming that it no longer required USA Halal's services, was being certified by another organization, and had <u>never</u> used any of USA Halal's Trademarks on its product packaging. It further promised to remove any reference to USA Halal from its Web site and/or social media. *See* September 19, 2018 letter, attached hereto as **Exhibit 8**.

41.     On information and belief, even after USA Halal terminated its certification of Best Choice Meats, and despite Best Choice Meats' assertion to the contrary, it continued to market, distribute, offer for sale, and sell products bearing the Trademarks.

42.     Best Choice Meats also continued to display its products on its Web site bearing the Trademarks after USA Halal terminated its certification of Best Choice Meats.

43.     On information and belief, Best Choice Meats continues to sell products bearing the Trademarks.

44.     Best Choice Meats—to this day—also displays and promotes products bearing the Trademarks on its Web site without any consent from or compensation to USA Halal. *See, e.g.,*

Best Choice Meats July 9, 2019 Web site display of poultry products bearing Trademark Registration No. 4311881, attached hereto as **Exhibit 9**.

45.     Further, Best Choice Meats only received certifications on its poultry products. However, on information and belief, it has used the Trademarks to sell other meat products, such as beef patties. _See_ USA Halal certifications for Best Choice Meats, attached hereto as **Exhibit 10**; Best Choice Meats July 9, 2019 Web site display of beef patties, attached hereto as **Exhibit 11**.

46.     On May 13, 2019, USA Halal contacted Best Choice Meats to inform it that Best Choice Meats was still using USA Halal's certification on its products and Web site. A few hours later, Best Choice Meats apologized and promised to remove all references to the Trademarks from its Web site "immediately." _See_ May 13, 2019 e-mail correspondence between USA Halal and Best Choice Meats, Inc., attached hereto as **Exhibit 12**.

47.     However, to date, Best Choice Meats has not removed the Trademarks from its Web site, and on information and belief continues to market, distribute, offer for sale, and sell meat and poultry products bearing the Trademarks.

48.     Best Choice Meats' use of the Trademarks in connection with the sale of its meat and poultry products is not only likely, but certain to cause confusion among consumers. Specifically, consumers are likely to mistakenly believe that because Best Choice Meats is using the Trademarks, its products are certified by USA Halal.  On information and belief, Best Choice Meats is causing this confusion intentionally.

49.     Accordingly, Best Choice Meats is inflicting irreparable harm on the goodwill established by USA Halal's Trademarks and the reputation for quality and conformance with Halal standards that consumers associate with the Trademarks and USA Halal.

50.     All conditions precedent to filing this action have been satisfied or otherwise waived.

## COUNT I
## FEDERAL TRADEMARK INFRINGEMENT

51.     USA Halal incorporates by reference Paragraphs 1 through 50 of this Complaint as if fully set forth herein.

52.     The Trademarks are protectable as they have been registered with the U.S. Patent and Trademark Office by USA Halal.

53.     Best Choice Meats' use of the Trademarks in connection with the sale of its meat and poultry products is not only likely, but certain to cause confusion among consumers because it uses the Trademarks on its meat and poultry products as well as its Web site and other media selling the same, in violation of 15 U.S.C. § 1114.

54.     Because Best Choice Meats continues to use USA Halal's Trademarks on its Web site and, on information and belief, its product packaging.

55.     Because Best Choice Meats was previously certified by USA Halal, consumers will continue to believe that Best Choice Meats' products remain certified by USA Halal, causing a high likelihood of confusion among consumers.

56.     Best Choice Meats' use of the Trademarks will also cause confusion among consumers who are unaware that Best Choice Meats products' have not been certified by USA Halal.

57.     Best Choice Meats' use of the Trademarks shows it intends to free ride on USA Halal's hard-earned reputation for excellence and "palm off" its product as complying with USA Halal's certification standards.

58.     Best Choice Meats' conduct demonstrates a willful and malicious intent to trade on the goodwill established by the Trademarks to USA Halal's irreparable harm.

WHEREFORE, the Plaintiff, USA-Halal Chamber of Commerce, Inc., respectfully requests that this Court enter an Order as follows:

A.    Awarding USA Halal any and all profits Best Choice Meats, Inc. received as a result of infringing upon the Trademarks from June 1, 2018, through the date of judgment;

B.    Awarding USA Halal three times its compensatory damages, in an amount to be proven at trial;

C.    Granting USA Halal a temporary restraining order, preliminary injunction, and ultimately a permanent injunction enjoining Best Choice Meats and its officers, agents, and employees from further diluting and infringing upon the Trademarks and requiring Best Choice Meats to desist from using from using the Trademarks;

D.    Ordering Best Choice Meats to account to USA Halal for any and all receipts and profits it derived from the sale of meat or poultry products bearing the Trademarks;

E.    Awarding USA Halal attorneys' fees and costs under the Lanham Act; and

F.    Awarding any additional relief to USA Halal this Court deems necessary and just.

## COUNT II
## FEDERAL UNFAIR COMPETITION

59.    USA Halal incorporates by reference Paragraphs 1 through 50 of this Complaint as if fully set forth herein.

60.    Best Choice Meats' use of the Trademarks in connection with the sale of its meat or poultry products is intended to and will certainly cause confusion, mistake, and deception among consumers by creating the false impression that those products are certified by USA Halal.

61.    Because Best Choice Meats continues to use USA Halal's Trademarks, and because it was previously certified by USA Halal, consumers will continue to believe that Best Choice

Meats' products remain certified by USA Halal, causing a high likelihood of confusion among consumers.

62.     Best Choice Meats' use of the Trademarks will also cause confusion among consumers who are unaware that Best Choice Meats is no longer authorized to use USA Halal's certification, and they will also mistakenly assume that the quality of Best Choice Meats' products conform with Halal standards based on the Trademarks indicating USA Halal's certification of the same.

63.     Best Choice Meats has created, and continues to create, these false and misleading impressions in connection with its goods in violation of 15 U.S.C. § 1125.

64.     Best Choice Meats' conduct has caused, and, unless enjoined by this Court, will continue to cause a likelihood of confusion and deception of consumers, and, additionally, injury to USA Halal's goodwill and reputation established by the Trademarks, for which USA Halal has no adequate remedy at law.

65.     Best Choice Meats' conduct demonstrates a willful and malicious intent to trade on the goodwill established by the Trademarks to USA Halal's irreparable harm.

WHEREFORE, the Plaintiff, USA-Halal Chamber of Commerce, Inc., respectfully requests that this Court enter an Order as follows:

A.      Awarding USA Halal any and all profits Best Choice Meats, Inc. received as a result of infringing upon the Trademarks from June 1, 2018, through the date of judgment;

B.      Awarding USA Halal three times its compensatory damages, in an amount to be proven at trial;

C.      Granting USA Halal a temporary restraining order, preliminary injunction, and ultimately a permanent injunction enjoining Best Choice Meats and its officers,

agents, and employees from further diluting and infringing upon the Trademarks and requiring Best Choice Meats to desist from using from using the Trademarks for any purpose;

D.  Ordering Best Choice Meats to account to USA Halal for any and all receipts and profits it derived from the sale of meat or poultry products bearing the Trademarks;

E.  Awarding USA Halal attorneys' fees and costs under the Lanham Act; and

F.  Awarding any additional relief to USA Halal this Court deems necessary and just.

## COUNT III
## FEDERAL TRADEMARK DILUTION

66.  USA Halal incorporates by reference Paragraphs 1 through 50 of this Complaint as if fully set forth herein.

67.  The Trademarks have been registered since 2013 and the Trademarks have been marketed and sold on meat and poultry products through USA Halal's agreements since then, thereby making the Trademarks famous and recognizable throughout the world.

68.  Best Choice Meats began to use the Trademarks on its meat and poultry products after the Trademarks became famous and continued to use the Trademarks after it was no longer authorized to do so by USA Halal. Since May 31, 2018, it has not received any authorization from USA Halal or compensated USA Halal for its use of the Trademarks.

69.  Best Choice Meats' use of USA Halal's Trademarks on its meat and poultry products has caused dilution to the Trademarks and will continue to cause dilution of them.

70.  Specifically, Best Choice Meats' use of the Trademarks without authorization or consent erodes the Trademarks' effectiveness, particularly when USA Halal can no longer certify that Best Choice Meats' products conform to its certification standards.

71.     Best Choice Meats' use of the Trademarks without authorization or consent further erodes the Trademarks' effectiveness by undermining their distinctive indicators of USA Halal's reputation for certifying Halal products.

72.     Best Choice Meats' use of the Trademarks is commercial as it is used in relation to the sale of its meat and poultry products.

73.     Best Choice Meats' conduct indicates a willful and malicious intent to trade on the goodwill associated with the Trademarks to the irreparable injury of USA Halal.

WHEREFORE, the Plaintiff, USA-Halal Chamber of Commerce, Inc., respectfully requests that this Court enter an Order as follows:

A.      Awarding USA Halal any and all profits Best Choice Meats received as a result of dilution upon the Trademarks from Best Choice Meats from June 1, 2018 through the date of judgment;

B.      Awarding USA Halal three times its compensatory damages, in an amount to be proven at trial;

C.      Granting USA Halal a temporary restraining order, preliminary injunction, and ultimately a permanent injunction enjoining Best Choice Meats and its officers, agents, and employees from further diluting and infringing upon the Trademarks and requiring Best Choice Meats to desist from using the Trademarks for any purpose;

D.      Ordering Best Choice Meats to account to USA Halal for any and all receipts and profits it derived from the sale of meat or poultry products bearing the Trademarks;

E.      Awarding USA Halal attorneys' fees and costs under the Lanham Act; and

F.      Awarding any additional relief to USA Halal this Court deems necessary and just.

## COUNT IV
### VIOLATION OF ILLINOIS CONSUMER FRAUD
### AND DECEPTIVE BUSINESS PRACTICES ACT

74.     USA Halal incorporates by reference Paragraphs 1 through 50 of this Complaint as if fully set forth herein.

75.     Section 2 of the Illinois Consumer Fraud and Deceptive Business Practices Act (the "Consumer Fraud Act") prohibits "unfair methods of competition and unfair or deceptive acts or practices" in the conduct of any trade or commerce. *See* 815 ILCS 505/2.

76.     Best Choice Meats is engaged in trade and commerce in Illinois by selling meat and poultry products.

77.     Best Choice Meats has not had USA Halal's certification or authorization to use the Trademarks since June 1, 2018, when its certification was suspended. *See* **Ex. 6**.

78.     However, on information and belief Best Choice Meats continues to sell meat and poultry products bearing the Trademarks. Best Choice Meats has also displayed, and continues to display, its products bearing the Trademarks on its Web site.

79.     Given its promise to remove any images showing the Trademarks from its Web site, and its failure to comply with that promise, Best Choice Meats is intentionally continuing to use the Trademarks without any authorization from USA Halal in order to increase its ability to attract customers.

80.     In continuing to use the Trademarks without authorization, Best Choice Meats is making a false statement of material fact to its customers, potential customers, and the public at large that its products are certified by USA Halal, and that its products meet the requisite standard for that certification.

81.     By misusing USA Halal's Trademarks without authorization, Best Choice Meats has engaged in, and is continuing to engage in a deceptive act or practice.

82.     On information and belief, Best Choice Meats is engaging in this deception in order to draw customers who rely on USA Halal's Trademarks as a guarantee that the meat and poultry they consume complies with the requisite Halal standards.

83.     On information and belief, customers are in fact being misled by Best Choice Meats' deception and are purchasing its meat or poultry products in the mistaken belief that they are certified by USA Halal.

84.     Accordingly, Best Choice Meats has violated the Consumer Fraud Act.

85.     Best Choice Meats' continued, willful violation of the Consumer Fraud Act harms the market generally and implicates consumer protection concerns because consumers are mistakenly assuming that Best Choice Meats' products are certified by USA Halal.

86.     USA Halal has suffered competitive injury as a result of Best Choice Meats' violation of the Consumer Fraud Act because consumers will mistakenly believe Best Choice Meats' products are Halal certified by USA Halal, and will attribute any deficiency in those products to USA Halal's certification.

87.     Further, under the Consumer Fraud Act, a prevailing party is entitled to reasonable attorneys' fees and costs. *See* 815 ILCS 505/10a(c).

88.     A copy of this Complaint has been mailed to the Attorney General of the State of Illinois, pursuant to 815 ILCS 505/10a(d).

WHEREFORE, the Plaintiff, USA-Halal Chamber of Commerce, Inc. respectfully requests that this Court enter an Order as follows:

A.      Entering judgment in favor of USA Halal and against Best Choice Meats, and awarding compensatory damages in an amount to be proven at trial;

B.      Granting USA Halal a temporary restraining order, preliminary injunction, and ultimately a permanent injunction enjoining Best Choice Meats and its officers,

agents, and employees from further diluting and infringing upon the Trademarks and requiring Best Choice Meats to desist from using the Trademarks for any purpose;

C.    Awarding reasonable attorney's fees and costs as provided by the Consumer Fraud Act; and

D.    Awarding any additional relief to USA Halal this Court deems necessary and just.

<div align="center">

**COUNT V**
**COMMON LAW TRADEMARK INFRINGEMENT**

</div>

89.    USA Halal incorporates by reference Paragraphs 1 through 50 of this Complaint as if fully set forth herein.

90.    Best Choice Meats' conduct constitutes common law trademark infringement, and has created and will continue to create, unless restrained by this Court, a likelihood of confusion among consumers and irreparable injury to USA Halal. USA Halal has no adequate remedy at law for this injury.

91.    Best Choice Meats acted with full knowledge of USA Halal's use of, and common law rights to, its Trademarks. Best Choice Meats' actions are unlawful and pay no regard to the likelihood of confusion of the public created by Best Choice Meats' actions.

92.    Because Best Choice Meats continues to use USA Halal's Trademarks, and because it was previously certified by USA Halal, consumers will mistakenly believe that Best Choice Meats' products remain certified by USA Halal.

93.    Best Choice Meats' use of the Trademarks will cause confusion among consumers, who have no reason to believe Best Choice Meats is no longer authorized to use USA Halal's certification, and will mistakenly assume Best Choice Meats' products comply with the Halal standards required for USA Halal's certification based on the presence of the Trademarks.

94. Best Choice Meats' use of the Trademarks shows that it intends to free ride on USA Halal's reputation and "palm off" its products as complying with USA Halal's certification standards when USA Halal can no longer ensure that compliance.

95. Best Choice Meats' conduct demonstrates a willful and malicious intent to trade on the goodwill established by the Trademarks to USA Halal's irreparable harm.

96. As a result of Best Choice Meats' acts, USA Halal has been damaged in an amount not yet determined or ascertainable. However, at a minimum, USA Halal is entitled to injunctive relief, compensatory damages, disgorgement of Best Choice Meats' profits obtained from infringing on USA Halal's common law trademark rights, and costs.

97. Given the deliberate and malicious nature of Best Choice Meats' infringement, and the necessity of deterring it from engaging in similar conduct in the future, USA Halal is entitled to punitive damages.

WHEREFORE, the Plaintiff, USA-Halal Chamber of Commerce, Inc., respectfully requests that this Court enter an Order as follows:

A. Awarding USA Halal any and all profits Best Choice Meats, Inc. received as a result of infringing upon the Trademarks from June 1, 2018, through the date of judgment;

B. Awarding USA Halal compensatory damages in an amount to be proven at trial;

C. Granting USA Halal a temporary restraining order, preliminary injunction, and ultimately a permanent injunction enjoining Best Choice Meats and its officers, agents, and employees from further diluting and infringing upon the Trademarks and requiring Best Choice Meats to desist from using the Trademarks for any purpose;

D.    Ordering Best Choice Meats to account to USA Halal for any and all receipts and

profits it derived from the sale of meat or poultry products bearing the Trademarks;

E.    Awarding USA Halal punitive damages in an amount to be proven at trial; and

F.    Awarding any additional relief to USA Halal this Court deems necessary and just.

## COUNT VI
## STATE TRADEMARK DILUTION

98.    USA Halal incorporates by reference Paragraphs 1 through 50 of this Complaint as if fully set forth herein.

99.    USA Halal has extensively and continuously promoted the use of the Trademarks throughout the State of Illinois, and the Trademarks became a distinctive and famous symbol of USA Halal's certification of meat and poultry products well before Best Choice Meats began using them.

100.    Best Choice Meats began to use the Trademarks to market its products after the Trademarks became famous and continued to use the Trademarks after it was no longer authorized to use the same by USA Halal, without receiving any further authorization from USA Halal or compensating USA Halal for its use of the Trademarks.

101.    Best Choice Meats' use of USA Halal's Trademarks on its products has caused dilution to the Trademarks and will continue to cause dilution of them within the State of Illinois.

102.    Specifically, Best Choice Meats' use of the Trademarks without authorization or consent erodes the Trademarks' effectiveness, particularly when USA Halal can no longer certify that Best Choice Meats' products conform to its certification standards.

103.    Best Choice Meats' use of the Trademarks is commercial and its sale of meat and poultry products bearing the Trademarks is in commerce.

104. Under 765 ILCS 1036/65, USA Halal, as owner of the Trademarks, is entitled to injunctive relief against Best Choice Meats to enjoin it from continuing to commercially use the Trademarks for display on its meat and poultry products and Web site without USA Halal's authorization.

105. Because Best Choice Meats' conduct indicates a willful and malicious intent to trade on USA Halal's reputation, USA Halal is also entitled to all other remedies set forth in 765 ILCS 1036/70, including treble damages and reasonable attorneys' fees.

WHEREFORE, the Plaintiff, USA-Halal Chamber of Commerce, Inc., respectfully requests that this Court enter an Order as follows:

A. Awarding USA Halal three times the amount of any and all profits Best Choice Meats received as a result of dilution of the Trademarks by Best Choice Meats from June 1, 2018 through the date of judgment;

B. Awarding USA Halal three times the amount of compensatory damages in an amount to be proven at trial;

C. Granting USA Halal a temporary restraining order, preliminary injunction, and ultimately a permanent injunction enjoining Best Choice Meats and its officers, agents, and employees from further diluting and infringing upon the Trademarks and requiring Best Choice Meats to desist from using from using the Trademarks for any purpose;

D. Awarding USA Halal attorneys' fees and costs pursuant to 765 ILCS 1036/70; and

E. Awarding any additional relief to USA Halal this Court deems necessary and just.

## COUNT VII
## BREACH OF CONTRACT

106.     USA Halal incorporates by reference Paragraphs 1 through 50 of this Complaint as if fully set forth herein.

107.     The Terms of Service are a valid, enforceable contract Best Choice Meats entered into with USA Halal when it applied for and received USA Halal's certification of its products. *See* **Ex. 4** (August 23, 2016 renewal application by Best Choice Meats); **Ex. 5** (Terms of Service).

108.     USA Halal performed its obligations under the Terms of Service by providing a Halal certification to Best Choice Meats when its products complied with its standards, and by allowing Best Choice Meats to use its Trademarks as an indicator of its Halal certification.

109.     Best Choice Meats breached its obligations under the Terms of Service by continuing to display its products bearing the Trademarks on its Web site even after USA Halal terminated its certification.

110.     Best Choice Meats further breached its obligations under the Terms of Service by failing to pay any variable fees to USA Halal for the products USA Halal certified.

111.     On information and belief, Best Choice Meats also breached its obligations under the Terms of Service by continuing to sell products that bear the Trademarks even after USA Halal terminated its certification.

112.     USA Halal has suffered damages from Best Choice Meats' breaches of the Terms of Service not only because Best Choice Meats has not compensated USA Halal for use of the Trademarks after this termination, but because, as discussed above, Best Choice Meats' unauthorized use of the Trademarks has diluted the value of the Trademarks and damaged USA Halal's goodwill and reputation.

WHEREFORE, the Plaintiff, USA-Halal Chamber of Commerce, Inc. respectfully requests that this Court enter an Order as follows:

A.  Awarding USA Halal compensatory damages in an amount to be proven at trial, plus costs; and

B.  Awarding any additional relief to USA Halal this Court deems necessary and just.

## COUNT VIII
## UNJUST ENRICHMENT

113.  USA Halal incorporates by reference Paragraphs 1 through 50 of this Complaint as if fully set forth herein.

114.  USA Halal agreed to provide a certification to certain products made by Best Choice Meats, and authorized Best Choice Meats to use its Trademarks. In return, Best Choice Meats agreed to compensate USA Halal for that certification and use of the Trademarks.

115.  On information and belief, since June 1, 2018, Best Choice Meats has continued to sell products bearing the Trademarks. Best Choice Meats has also displayed its products bearing the Trademarks on its Web site. However, it has not compensated USA Halal for its continued use of the Trademarks.

116.  Accordingly, Best Choice Meats has unjustly retained a financial benefit to USA Halal's detriment.

117.  Best Choice Meats has further retained an unjust financial benefit to the extent that it failed to pay any variable fees to USA Halal in exchange for USA Halal's certification of its products.

118.  Best Choice Meats' retention of that financial benefit violates the fundamental principles of justice, equity and good conscience.

WHEREFORE, the Plaintiff, USA-Halal Chamber of Commerce, Inc. respectfully requests that this Court enter an Order as follows:

A.  Awarding USA Halal compensatory damages in an amount to be proven at trial, plus costs; and

B.  Awarding any additional relief to USA Halal this Court deems necessary and just.

## **JURY DEMAND**

Plaintiff demands trial by jury on all issues so triable.

<div style="text-align:right">

Respectfully Submitted,
USA-HALAL     CHAMBER
OF COMMERCE, INC.

By:  /s/ Scott A. Browdy
One of its Attorneys

</div>

Scott Browdy (ARDC No. 6208593)
Matthew J. Sheahin (ARDC No. 6243872)
Thomas Fox (ARDC No. 6326911)
Lavelle Law, Ltd.
1933 N. Meacham Road, Suite 600
Schaumburg, IL 60173
Phone: 847 705 7555
sbrowdy@lavellelaw.com
tfox@lavellelaw.com
S:\11501-11750\11524\Pleadings\Complaint.docx

## **VERIFICATION**

I, Aly Ghanim, Quality Manager for USA-Halal Chamber of Commerce, Inc., declare under penalty of perjury under the laws of the United States that I have read the foregoing Verified Complaint in this action and that the allegations it contains are true and correct to the best of my personal knowledge, information, and belief.

Executed July ___9___, 2019.

_____
ALY GHANIM
Quality Manager
USA-Halal Chamber of Commerce, Inc.

SWORN TO AND SIGNED before me this

___9th___ day of July, 2019

_____
Notary Public

COURTNEY THOMPSON
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXPIRES DEC. 15, 2020

# GROUP EXHIBIT 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,311,881**
**Registered Apr. 2, 2013**

USA HALAL CHAMBER OF COMMERCE, INC. (MARYLAND CORPORATION)
14660 GOOD HOPE ROAD
SILVER SPRING, MD 20905

**CERTIFICATION MARK**

FOR: FOOD PRODUCTS, IN CLASS A (U.S. CL. A).

**PRINCIPAL REGISTER**

FIRST USE 12-0-1999; IN COMMERCE 12-0-1999.

THE MARK CONSISTS OF A CRESCENT MOON DESIGN FOLLOWED BY A CAPITAL "H".

THIS CERTIFICATION MARK, AS USED BY AUTHORIZED PERSONS, CERTIFIES THAT THE FOOD PRODUCTS MEET ISLAMIC HALAL GUIDELINES.

SER. NO. 85-572,639, FILED 3-18-2012.

MATTHEW MCDOWELL, EXAMINING ATTORNEY



*Lisa Stuart Lee*

Acting Director of the United States Patent and Trademark Office

<div style="border:1px solid">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

<div style="border:1px solid">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.**



# United States of America
## United States Patent and Trademark Office

# USA Halal Chamber of Commerce, Inc.

**Reg. No. 4,285,197**

**Registered Feb. 5, 2013**

USA HALAL CHAMBER OF COMMERCE, INC. (MARYLAND CORPORATION)
14660 GOOD HOPE ROAD
SILVER SPRING, MD 20905

**Int. Cl.: 42**

FOR: TESTING, ANALYSIS AND EVALUATION OF THE GOODS AND SERVICES OF OTHERS FOR THE PURPOSE OF CERTIFICATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

**SERVICE MARK**

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HALAL CHAMBER OF COMMERCE, INC.", APART FROM THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF "HALAL" IN THE MARK IS "LAWFUL".

SEC. 2(F).

SER. NO. 85-572,625, FILED 3-18-2012.

MATTHEW MCDOWELL, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

<div style="border:1px solid black">

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# United States of America
## United States Patent and Trademark Office

# ISWA HALAL CERTIFICATION DEPARTMENT

**Reg. No. 4,285,198**
**Registered Feb. 5, 2013**

USA HALAL CHAMBER OF COMMERCE, INC. (MARYLAND CORPORATION)
14660 GOOD HOPE ROAD
SILVER SPRING, MD 20905

**Int. Cl.: 42**

FOR: TESTING, ANALYSIS AND EVALUATION OF THE GOODS AND SERVICES OF OTHERS FOR THE PURPOSE OF CERTIFICATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

**SERVICE MARK**

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HALAL CERTIFICATION DEPARTMENT", APART FROM THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF "HALAL" IN THE MARK IS "LAWFUL".

SER. NO. 85-572,632, FILED 3-18-2012.

MATTHEW MCDOWELL, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



HALAL

**Reg. No. 4,323,111**

**Registered Apr. 23, 2013**

USA HALAL CHAMBER OF COMMERCE, INC. (MARYLAND CORPORATION)
14660 GOOD HOPE ROAD
SILVER SPRING, MD 20905

**CERTIFICATION MARK**

FOR: FOOD PRODUCTS, IN CLASS A (U.S. CL. A).

**PRINCIPAL REGISTER**

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HALAL" , APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "ISWA" TOGETHER WITH A MINARET AND MOSQUE DESIGN WITH "HALAL" UNDERNEATH THE MOSQUE DESIGN.

THE ENGLISH TRANSLATION OF "HALAL" IN THE MARK IS "LAWFUL".

THIS CERTIFICATION MARK, AS USED BY AUTHORIZED PERSONS, CERTIFIES THAT THE FOOD PRODUCTS MEET ISLAMIC HALAL GUIDELINES.

SER. NO. 85-572,663, FILED 3-18-2012.

MATTHEW MCDOWELL, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,323,112**

**Registered Apr. 23, 2013**

USA HALAL CHAMBER OF COMMERCE, INC. (MARYLAND CORPORATION)
14660 GOOD HOPE ROAD
SILVER SPRING, MD 20905

**CERTIFICATION MARK**

**PRINCIPAL REGISTER**

FOR: FOOD PRODUCTS, IN CLASS A (U.S. CL. A).

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HALAL" , APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "HALAL" INSIDE OF A US MAP.

THE ENGLISH TRANSLATION OF "HALAL" IN THE MARK IS "LAWFUL".

THIS CERTIFICATION MARK, AS USED BY AUTHORIZED PERSONS, CERTIFIES THAT THE FOOD PRODUCTS MEET ISLAMIC HALAL GUIDELINES.

SEC. 2(F).

SER. NO. 85-572,675, FILED 3-18-2012.

MATTHEW MCDOWELL, EXAMINING ATTORNEY



*Teresa Stanek Rea*

Acting Director of the United States Patent and Trademark Office

<div style="border:1px solid">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

<div style="border:1px solid">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.**

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,323,113

Registered Apr. 23, 2013

**CERTIFICATION MARK**

**PRINCIPAL REGISTER**

USA HALAL CHAMBER OF COMMERCE, INC. (MARYLAND CORPORATION)
14660 GOOD HOPE ROAD
SILVER SPRING, MD 20905

FOR: FOOD PRODUCTS, IN CLASS A (U.S. CL. A).

FIRST USE 3-16-2012; IN COMMERCE 3-16-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HALAL" OR THE US MAP DESIGN , APART FROM THE MARK AS SHOWN.

THE NON-LATIN CHARACTERS IN THE MARK TRANSLITERATE TO "HALAL" AND THIS MEANS "LAWFUL" IN ENGLISH.

THE MARK CONSISTS OF THE DRAWING OF A U.S. MAP CONTAINING THREE DESIGNS, (1) CRESCENT MOON WITH "H", (2) THE WORD "HALAL", AND (3) THE WORDS "ISWA HALAL" WITH A MOSQUE MINARET DESIGN.

THE ENGLISH TRANSLATION OF "HALAL" IN THE MARK IS "LAWFUL".

THIS CERTIFICATION MARK, AS USED BY AUTHORIZED PERSONS, CERTIFIES THAT THE FOOD PRODUCTS MEET ISLAMIC HALAL GUIDELINES.

SER. NO. 85-572,681, FILED 3-18-2012.

MATTHEW MCDOWELL, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.**

# GROUP EXHIBIT 2

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2008)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4311881 |
| **REGISTRATION DATE** | 04/02/2013 |
| **SERIAL NUMBER** | 85572639 |
| **MARK SECTION** | |
| **MARK** | H (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/85572639/large) |
| **ATTORNEY SECTION (no change)** | |
| **NAME** | Ruth Mae Finch |
| **FIRM NAME** | FINCH & ASSOCIATES, LLC |
| **STREET** | 424 CARONA PL |
| **CITY** | SILVER SPRING |
| **STATE** | Maryland |
| **POSTAL CODE** | 20905-7451 |
| **COUNTRY** | United States |
| **PHONE** | (301) 388-2252 |
| **FAX** | (301) 388-2252 |
| **EMAIL** | Ruth@FinchMark.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | 3200/00104 |
| **CORRESPONDENCE SECTION (no change)** | |
| **NAME** | RUTH MAE FINCH |
| **FIRM NAME** | FINCH & ASSOCIATES, LLC |
| **STREET** | 424 CARONA PL |
| **CITY** | SILVER SPRING |
| **STATE** | Maryland |
| **POSTAL CODE** | 20905-7451 |
| **COUNTRY** | United States |
| **PHONE** | (301) 388-2252 |
| **FAX** | (301) 388-2252 |
| **EMAIL** | Ruth@FinchMark.com |
| **AUTHORIZED TO COMMUNICATE VIA** | Yes |

| | |
|---|---|
| **E-MAIL** | |
| **DOCKET/REFERENCE NUMBER** | 3200/00104 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | A |
| **GOODS OR SERVICES** | food products |
| **SPECIMEN FILE NAME(S)** | |
| **JPG FILE(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\855\726\85572639\xml3\ 8150005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572639\xml3\8150006.JPG |
| **ORIGINAL PDF FILE** | SPN0-749615942-20180411132921112113 . Halal_Logo_usage_form_Approved.pdf |
| **CONVERTED PDF FILE(S)** (3 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572639\xml3\8150002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572639\xml3\8150003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572639\xml3\8150004.JPG |
| **SPECIMEN DESCRIPTION** | A logo usage form for clients. 2 labels with mark included. |
| **MISCELLANEOUS STATEMENT** | The certification mark, as used by persons authorized by the certifier, certifies that the goods and/or services provided have been certified as being in accordance with ISWA Halal Standards and Guidelines. The owner is exercising legitimate control over the use of the mark in commerce. The mark owner is not engaged in the production or marketing of the goods or services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the mark owner. The standards were previously submitted and have not changed. |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | USA Halal Chamber of Commerce, Inc. |
| **STREET** | 12510 Prosperity Drive Suite 280 |
| **CITY** | Silver Spring |
| **STATE** | Maryland |
| **ZIP/POSTAL CODE** | 20904 |
| **COUNTRY** | United States |
| **EMAIL** | RuthMaefinch@verizon.net |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Maryland |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **COMBINED §§ 8 & 15 FILING FEE PER CLASS** | 325 |
| **TOTAL FEE PAID** | 325 |

## SIGNATURE SECTION

| SIGNATURE | /RMF/ |
|---|---|
| SIGNATORY'S NAME | Ruth Mae Finch |
| SIGNATORY'S POSITION | Attorney of record (Maryland) |
| DATE SIGNED | 04/11/2018 |
| SIGNATORY'S PHONE NUMBER | 301-388-2252 |
| PAYMENT METHOD | CC |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Apr 11 13:57:41 EDT 2018 |
| TEAS STAMP | USPTO/S08N15-XX.XX.XXX.XX<br>-20180411135741547097-431<br>1881-51074ab75b5f5d8d56d9<br>15a1a5b31bf5f6cdb9a640b24<br>82cdcd199651dc18f42-CC-18<br>6-20180411132921112113 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

### Combined Declaration of Use **and Incontestability under Sections 8 & 15**

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4311881
**REGISTRATION DATE:** 04/02/2013

**MARK:** (Stylized and/or with Design, H (see, <u>mark</u>))

The owner, USA Halal Chamber of Commerce, Inc., a corporation of Maryland, having an address of
    12510 Prosperity Drive Suite 280
    Silver Spring, Maryland 20904
    United States
    RuthMaefinch@verizon.net (authorized)
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class A, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: food products; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) A logo usage form for clients. 2 labels with mark included..
**JPG file(s):**
<u>Specimen File1</u>
<u>Specimen File2</u>
**Original PDF file:**
<u>SPN0-749615942-20180411132921112113_._Halal_Logo_usage_form_Approved.pdf</u>
**Converted PDF file(s) (3 pages)**
<u>Specimen File1</u>
<u>Specimen File2</u>
<u>Specimen File3</u>

## MISCELLANEOUS STATEMENTS

The certification mark, as used by persons authorized by the certifier, certifies that the goods and/or services provided have been certified as being in accordance with ISWA Halal Standards and Guidelines. The owner is exercising legitimate control over the use of the mark in commerce. The mark owner is not engaged in the production or marketing of the goods or services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the mark owner. The standards were previously submitted and have not changed.

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication

under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /RMF/    Date: 04/11/2018
Signatory's Name: Ruth Mae Finch
Signatory's Position: Attorney of record (Maryland)
Signatory's Phone: 301-388-2252

Mailing Address:
  FINCH & ASSOCIATES, LLC
  424 CARONA PL
  SILVER SPRING, Maryland 20905-7451

Serial Number: 85572639
Internet Transmission Date: Wed Apr 11 13:57:41 EDT 2018
TEAS Stamp: USPTO/S08N15-XX.XX.XXX.XX-20180411135741
547097-4311881-51074ab75b5f5d8d56d915a1a
5b31bf5f6cdb9a640b2482cdcd199651dc18f42-
CC-186-20180411132921112113

| | **Document Title:** Logo Usage Form | **Document No.:** | ISWA/080 |
|---|---|---|---|
| | | **Revision No.:** | 00 |
| | | **Effective Date:** | 26 July 2017 |
| | | **Page No.:** | Page 1 of 2 |

# Logo Usage Form

Name of
Company/Establishment: _Buona Vita Inc._

Establishment # (i.e. USDA, FDA, etc.): _USDA 954/P954_

Which logo would you like to use?
List the Registration Number: _#3_

Certifier's Registered Trademarks

| | U.S. Reg. Number | Trademark |
|---|---|---|
| 1 | 4323113 | |
| 2 | 4323112 | Halal ® |
| 3 | 4323111 | ISWA ® HALAL |
| 4 | 4311881 | Ⓗ ® |
| 5 | 4285198 | ISWA HALAL CERTIFICATION DEPARTMENT ® |
| 6 | 4285197 | USA HALAL CHAMBER OF COMMERCE, INC. ® |

How will you be using the logo?  Choose all that apply:
- o  Website (list the website address): _____
- ⊗  Product label
- o  On the Box
- o  Promotional Material

| | **Document Title:** Logo Usage Form | Document No.: | ISWA/080 |
|---|---|---|---|
| | | Revision No.: | 00 |
| | | Effective Date: | 26 July 2017 |
| | | Page No.: | Page 2 of 2 |

 o Other: _____

We will send you the artwork via email upon receipt of this form.

Once the artwork is sent to you, we must obtain a copy of the final label, website design, etc. for approval.

SECTION BELOW IS FOR OFFICIAL USE ONLY:

Has the placement of the artwork been approved?

 ⊘ Yes
 o No

Are there any concerns or comments related to the logo usage?

 ⊘ No
 o Yes (if so, list
  comments): _____
  _____
  _____
  _____

Are there any items to follow-up with?

 ⊘ No
 o Yes: _____
  _____
  _____
  _____

Approval Date: _____ 4 | 4 | 2018 _____

Keep Frozen

Keep Frozen

# Deli Halal

## 1.5 oz Baked Beef and Chicken Halal Meatballs

INGREDIENTS: HALAL BEEF, HALAL MECHANICALLY SEPARATED CHICKEN, WATER, SEASONING (non fat dry milk, salt, granulated onion and garlic, spices, sodium phosphates, caramel color, parsley flakes, silicon dioxide), SOY PROTEIN CONCENTRATE, BREADCRUMBS (unbleached wheat flour, salt, yeast), EGG WHITES, ROMANO CHEESE (pasteurized sheep's milk, salt and rennet), SOY LECITHIN.

HEATING INSTRUCTIONS: Heat to internal meatball temperature of 165° F and serve.



U.S.
INSPECTED
AND PASSED BY
DEPARTMENT OF
AGRICULTURE
EST. 954

**Manufactured by: Buona Vita Inc.,**
Bridgeton, NJ 08302

**NET WEIGHT 10 LBS.**



HALAL





HALAL

## Halal
حلال

Harvested and processed
according to Islamic Law
ذبح وفقا للشريعة الإسلامية

Supervised and inspected
by Islamic Society of Washington Area
تحت إشراف وتصديق

KEEP FROZEN

يحفظ مجمدا

CAN
ROUP®

F

urgers

S

العرض الصافي 48 ‏



# AMERIC
## FOODS G

# 100% GROUND BEEI
لحم بقر مشروم %100

# 12ct. - 4oz. Hamb
12 قطعة — 4 أونسات هامبرغر

# ALL NATURAL INGREDIENT
Minimally Processed, Containing No Artificial Ingredients

جميع المكونات طبيعية
معالج بلحد الأدنى ولا تحتوى على مكونات صناعية

**NET WT. 48 OZ. (3 LBS.) 1.36 kg.**

نسف - (3 أرطال) 1.36 كغ



## AMERICAN
### FOODS GROUP.
(H)

GROUND BEEF



**ROUTING SHEET TO POST REGISTRATION (PRU)**     **Registration Number:**   4311881



**Serial Number:**   85572639

**RAM Sale Number: 4311881**

**RAM Accounting Date:  20180412**     **Total Fees:**     $325

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20180411 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20180411 | $200 | 1 | 1 | $200 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20180411



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4285197 |
| **REGISTRATION DATE** | 02/05/2013 |
| **SERIAL NUMBER** | 85572625 |
| **MARK SECTION** | |
| MARK | USA HALAL CHAMBER OF COMMERCE, INC. (see, https://tmng-al.uspto.gov/resting2/api/img/85572625/large) |
| **ATTORNEY SECTION (no change)** | |
| NAME | Ruth Mae Finch |
| FIRM NAME | FINCH & ASSOCIATES, LLC |
| STREET | 424 CARONA PL |
| CITY | SILVER SPRING |
| STATE | Maryland |
| POSTAL CODE | 20905-7451 |
| COUNTRY | United States |
| PHONE | (301) 388-2252 |
| FAX | (301) 388-2252 |
| EMAIL | Ruth@FinchMark.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 3200/00102 |
| **CORRESPONDENCE SECTION (no change)** | |
| NAME | RUTH MAE FINCH |
| FIRM NAME | FINCH & ASSOCIATES, LLC |
| STREET | 424 CARONA PL |
| CITY | SILVER SPRING |
| STATE | Maryland |
| POSTAL CODE | 20905-7451 |
| COUNTRY | United States |
| PHONE | (301) 388-2252 |
| FAX | (301) 388-2252 |
| EMAIL | Ruth@FinchMark.com |
| AUTHORIZED TO COMMUNICATE | Yes |

| | |
|---|---|
| VIA E-MAIL | |
| DOCKET/REFERENCE NUMBER | 3200/00102 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 042 |
| GOODS OR SERVICES | Testing, analysis and evaluation of the goods and services of others for the purpose of certification |

| | |
|---|---|
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-749615942-20180207172510881718 . Website_ushalalcertification.com_p2.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572625\xml3\8150002.JPG |
| ORIGINAL PDF FILE | SPN0-749615942-20180207172510881718 . Website_ushalalcertification.com.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572625\xml3\8150003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572625\xml3\8150004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572625\xml3\8150005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572625\xml3\8150006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572625\xml3\8150007.JPG |
| ORIGINAL PDF FILE | SPN0-749615942-20180207172510881718 . Website_ushalalcertification.com_p1.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572625\xml3\8150008.JPG |
| ORIGINAL PDF FILE | SPN0-749615942-20180207172510881718 . Website_ushalalcertification.com_p_5.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572625\xml3\8150009.JPG |
| ORIGINAL PDF FILE | SPN0-749615942-20180207172510881718 . Website_ushalalcertification.com_p_4.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572625\xml3\8150010.JPG |
| ORIGINAL PDF FILE | SPN0-749615942-20180207172510881718 . Website_ushalalcertification.com_p_3.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572625\xml3\8150011.JPG |
| SPECIMEN DESCRIPTION | Webpages advertising services |

## OWNER SECTION (current)

| | |
|---|---|
| NAME | USA Halal Chamber of Commerce, Inc. |
| STREET | 14660 Good Hope Road |
| CITY | Silver Spring |
| STATE | Maryland |
| ZIP/POSTAL CODE | 20905 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Maryland |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 325 |
| TOTAL FEE PAID | 325 |

## SIGNATURE SECTION

| SIGNATURE | /RMF/ |
|---|---|
| SIGNATORY'S NAME | Ruth Mae Finch |
| SIGNATORY'S POSITION | Attorney of Record, MD |
| DATE SIGNED | 02/07/2018 |
| SIGNATORY'S PHONE NUMBER | 3013882522 |
| PAYMENT METHOD | CC |

## FILING INFORMATION

| SUBMIT DATE | Wed Feb 07 17:35:39 EST 2018 |
|---|---|
| TEAS STAMP | USPTO/S08N15-XX.XX.XXX.XX -20180207173539003337-428 5197-5101622da51d73d5a671 ba7332753c2eb4eac8c6daf2c ea73825ab6fc8d9c3ed-CC-40 75-20180207172510881718 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

## Combined Declaration of Use and Incontestability under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4285197
**REGISTRATION DATE:** 02/05/2013

**MARK:** USA HALAL CHAMBER OF COMMERCE, INC.

The owner, USA Halal Chamber of Commerce, Inc., a corporation of Maryland, having an address of
   14660 Good Hope Road
   Silver Spring, Maryland 20905
   United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 042, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Testing, analysis and evaluation of the goods and services of others for the purpose of certification; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Webpages advertising services.

**Original PDF file:**
SPN0-749615942-20180207172510881718_._Website_ushalalcertification.com_p2.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-749615942-20180207172510881718_._Website_ushalalcertification.com.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
**Original PDF file:**
SPN0-749615942-20180207172510881718_._Website_ushalalcertification.com_p1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-749615942-20180207172510881718_._Website_ushalalcertification.com_p_5.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-749615942-20180207172510881718_._Website_ushalalcertification.com_p_4.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-749615942-20180207172510881718_._Website_ushalalcertification.com_p_3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /RMF/   Date: 02/07/2018
Signatory's Name: Ruth Mae Finch
Signatory's Position: Attorney of Record, MD
Signatory's Phone: 3013882522

Mailing Address:
  FINCH & ASSOCIATES, LLC
  424 CARONA PL
  SILVER SPRING, Maryland 20905-7451

Serial Number: 85572625
Internet Transmission Date: Wed Feb 07 17:35:39 EST 2018
TEAS Stamp: USPTO/S08N15-XX.XX.XXX.XX-20180207173539
003337-4285197-5101622da51d73d5a671ba733
2753c2cb4eac8c6daf2cea73825ab6fc8d9c3ed-
CC-4075-20180207172510881718

# Welcome to USA Halal Chamber of Commerce, Inc.

The ISWA Halal Certification Department is an internationally recognized Halal certification body. We follow international Halal and Food Safety standards and are recognized worldwide and by the majority of the Muslim majority countries.

The ISWA Halal Certification Department is managed by the USA Halal Chamber of Commerce, Inc. which is an internationally and domestically recognized full service commerce and professional certification body that is dedicated to promoting Halal business and understanding of Islamic dietary compliance. The chamber facilitates dialogue between industry and consumers which entail assures compliance with all Islamic Dietary and Shariah Laws.

The USA Halal Chamber of Commerce, Inc. is endorsed by the Islamic Society of the Washington Area (ISWA).

We are members of the World Halal Council (WHC) and the World Halal Food Council (WHFC).

📍 12510 Prosperity Drive Ste 280 Silver Spring, MD 20904

📞 **301-328-0592 (callto:3013280592)**

📞 **301-328-0627 (callto:3013280627)**

✉️ info@ushalalcertification.com (mailto:#)

# Become Halal Certified Today

## APPLICATION (APPLICATION.HTML)

## GUIDELINES (GUIDELINES.HTML)

# Welcome to USA Halal Chamber of Commerce, Inc.

The ISWA Halal Certification Department is an internationally recognized Halal certification body. We follow international Halal and Food Safety standards and are recognized worldwide and by the majority of the Muslim majority countries.

The ISWA Halal Certification Department is managed by the USA Halal Chamber of Commerce, Inc. which is an internationally and domestically recognized full service commerce and professional certification body that is dedicated to promoting Halal business and understanding of Islamic dietary compliance. The chamber facilitates dialogue between industry and consumers which entail assures compliance with all Islamic Dietary and Shariah Laws.

The USA Halal Chamber of Commerce, Inc. is endorsed by the Islamic Society of the Washington Area (ISWA).

We are members of the World Halal Council (WHC) and the World Halal Food Council (WHFC).



What Is Halal?

Why Halal?

What is Halal Certification?





## Become Halal Certified Today
(application.html)

## Learn More About Halal

## Contact Us

12510 Prosperity
Drive Ste 280
Silver Spring, MD
20904

**301-328-0592
(callto:301328(
301-328-0627**

**(callto:301328(**

✉ info@ushalalcertific
(mailto:info@ushala

f  𝕏  G+





📍 12510 Prosperity Drive Ste 280 Silver Spring, MD 20904 📞301-328-0592

(callto:3013280592) 📞301-328-0627 (callto:3013280627)

∧

12510 Prosperity Drive Ste 280 Silver Spring, MD 20904

301-328-0592 (callto:3013280592)

301-328-0627 (callto:3013280627)

info@ushalalcertification.com (mailto:#)

# Become Halal Certified Today

**APPLICATION (APPLICATION.HTML)**

**GUIDELINES (GUIDELINES.HTML)**

**(callto:301328(**


info@ushalalcertifi
(mailto:info@ushal

f  🐦  G+



📍 12510 Prosperity Drive Ste 280 Silver Spring, MD 20904      📞301-328-0592
(callto:3013280592)  📞301-328-0627 (callto:3013280627)

∧



## Become Halal Certified Today

(application.html)



## Learn More About Halal

## Contact Us

12510 Prosperity Drive Ste 280 Silver Spring, MD 20904

**301-328-0592 (callto:3013280 301-328-0627**



## What Is Halal?

---

## Why Halal?

---

## What is Halal Certification?

**ROUTING SHEET TO POST REGISTRATION (PRU)**     **Registration Number:**   4285197



**Serial Number:**  85572625

**RAM Sale Number: 4285197**

**RAM Accounting Date:  20180208**

**Total Fees:**     $325

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20180207 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20180207 | $200 | 1 | 1 | $200 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20180207



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4285198 |
| **REGISTRATION DATE** | 02/05/2013 |
| **SERIAL NUMBER** | 85572632 |
| **MARK SECTION** | |
| MARK | ISWA HALAL CERTIFICATION DEPARTMENT (see, https://tmng-al.uspto.gov/resting2/api/img/85572632/large) |
| **ATTORNEY SECTION (no change)** | |
| NAME | Ruth Mae Finch |
| FIRM NAME | FINCH & ASSOCIATES, LLC |
| STREET | 424 CARONA PL |
| CITY | SILVER SPRING |
| STATE | Maryland |
| POSTAL CODE | 20905-7451 |
| COUNTRY | United States |
| PHONE | (301) 388-2252 |
| FAX | (301) 388-2252 |
| EMAIL | Ruth@FinchMark.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 3200/00103 |
| **CORRESPONDENCE SECTION (no change)** | |
| NAME | RUTH MAE FINCH |
| FIRM NAME | FINCH & ASSOCIATES, LLC |
| STREET | 424 CARONA PL |
| CITY | SILVER SPRING |
| STATE | Maryland |
| POSTAL CODE | 20905-7451 |
| COUNTRY | United States |
| PHONE | (301) 388-2252 |
| FAX | (301) 388-2252 |
| EMAIL | Ruth@FinchMark.com |
| AUTHORIZED TO COMMUNICATE | Yes |

| VIA E-MAIL | |
|---|---|
| DOCKET/REFERENCE NUMBER | 3200/00103 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 042 |
|---|---|
| GOODS OR SERVICES | Testing, analysis and evaluation of the goods and services of others for the purpose of certification |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-749615942-20180207173836547800_.Website_ushalalcertification.com.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572632\xml3\8150002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572632\xml3\8150003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572632\xml3\8150004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572632\xml3\8150005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572632\xml3\8150006.JPG |
| ORIGINAL PDF FILE | SPN0-749615942-20180207173836547800_.Website_ushalalcertification.com_p2.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572632\xml3\8150007.JPG |
| ORIGINAL PDF FILE | SPN0-749615942-20180207173836547800_.Website_ushalalcertification.com_p1.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572632\xml3\8150008.JPG |
| ORIGINAL PDF FILE | SPN0-749615942-20180207173836547800_.Website_ushalalcertification.com_p_3.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572632\xml3\8150009.JPG |
| ORIGINAL PDF FILE | SPN0-749615942-20180207173836547800_.Website_ushalalcertification.com_p_4.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572632\xml3\8150010.JPG |
| ORIGINAL PDF FILE | SPN0-749615942-20180207173836547800_.Website_ushalalcertification.com_p_5.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572632\xml3\8150011.JPG |
| SPECIMEN DESCRIPTION | Web pages showing the services |

## OWNER SECTION (current)

| NAME | USA Halal Chamber of Commerce, Inc. |
|---|---|
| STREET | 14660 Good Hope Road |
| CITY | Silver Spring |
| STATE | Maryland |
| ZIP/POSTAL CODE | 20905 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Maryland |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 325 |
| TOTAL FEE PAID | 325 |

## SIGNATURE SECTION

| SIGNATURE | /RMF/ |
|---|---|
| SIGNATORY'S NAME | Ruth Mae Finch |
| SIGNATORY'S POSITION | Attorney of Record, MD |
| DATE SIGNED | 02/07/2018 |
| SIGNATORY'S PHONE NUMBER | 3013882522 |
| PAYMENT METHOD | CC |

## FILING INFORMATION

| SUBMIT DATE | Wed Feb 07 17:42:25 EST 2018 |
|---|---|
| TEAS STAMP | USPTO/S08N15-XX.XX.XXX.XX -20180207174225597604-428 5198-51098fb2e4ac1b2bac25 14f8cf803d5e751a3d908432b 7fc23bc987db15c46973f-CC- 4192-20180207173836547800 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0551-0055 (Exp 07/31/2018)

## Combined Declaration of Use and Incontestability under Sections 8 & 15

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4285198
**REGISTRATION DATE:** 02/05/2013

**MARK:** ISWA HALAL CERTIFICATION DEPARTMENT

The owner, USA Halal Chamber of Commerce, Inc., a corporation of Maryland, having an address of
14660 Good Hope Road
Silver Spring, Maryland 20905
United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 042, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Testing, analysis and evaluation of the goods and services of others for the purpose of certification; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Web pages showing the services.

**Original PDF file:**
SPN0-749615942-20180207173836547800 _. Website_ushalalcertification.com.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
**Original PDF file:**
SPN0-749615942-20180207173836547800 _. Website_ushalalcertification.com_p2.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-749615942-20180207173836547800 _. Website_ushalalcertification.com_p1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-749615942-20180207173836547800 _. Website_ushalalcertification.com_p_3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-749615942-20180207173836547800 _. Website_ushalalcertification.com_p_4.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-749615942-20180207173836547800 _. Website_ushalalcertification.com_p_5.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /RMF/   Date: 02/07/2018
Signatory's Name: Ruth Mae Finch
Signatory's Position: Attorney of Record, MD
Signatory's Phone: 3013882522

Mailing Address:
  FINCH & ASSOCIATES, LLC
  424 CARONA PL
  SILVER SPRING, Maryland 20905-7451

Serial Number: 85572632
Internet Transmission Date: Wed Feb 07 17:42:25 EST 2018
TEAS Stamp: USPTO/S08N15-XX.XX.XXX.XX-20180207174225
597604-4285198-51098fb2e4ac1b2bae2514f8c
f803d5e751a3d908432b7fc23bc987db15c46973
f-CC-4192-20180207173836547800

📍 12510 Prosperity Drive Ste 280 Silver Spring, MD 20904

📞 **301-328-0592 (callto:3013280592)**

📞 **301-328-0627 (callto:3013280627)**

✉️ info@ushalalcertification.com (mailto:#)

# Become Halal Certified Today

## APPLICATION (APPLICATION.HTML)

## GUIDELINES (GUIDELINES.HTML)

## Welcome to USA Halal Chamber of Commerce, Inc.

The ISWA Halal Certification Department is an internationally recognized Halal certification body. We follow international Halal and Food Safety standards and are recognized worldwide and by the majority of the Muslim majority countries.

The ISWA Halal Certification Department is managed by the USA Halal Chamber of Commerce, Inc. which is an internationally and domestically recognized full service commerce and professional certification body that is dedicated to promoting Halal business and understanding of Islamic dietary compliance. The chamber facilitates dialogue between industry and consumers which entail assures compliance with all Islamic Dietary and Shariah Laws.

The USA Halal Chamber of Commerce, Inc. is endorsed by the Islamic Society of the Washington Area (ISWA).

We are members of the World Halal Council (WHC) and the World Halal Food Council (WHFC).



## What Is Halal?

_____

## Why Halal?

_____

## What is Halal Certification?



### Become Halal Certified Today
(application.html)



### Learn More About Halal

## Contact Us

12510 Prosperity
Drive Ste 280
Silver Spring, MD
20904

**301-328-0592
(callto:3013280
301-328-0627**

**(callto:3013280**



✉ info@ushalalcertifi
(mailto:info@ushal

f  🐦  G+





📍 12510 Prosperity Drive Ste 280 Silver Spring, MD 20904          📞 301-328-0592

(callto:3013280592)   📞 301-328-0627 (callto:3013280627)

⌃

## Welcome to USA Halal Chamber of Commerce, Inc.

The ISWA Halal Certification Department is an internationally recognized Halal certification body. We follow international Halal and Food Safety standards and are recognized worldwide and by the majority of the Muslim majority countries.

The ISWA Halal Certification Department is managed by the USA Halal Chamber of Commerce, Inc. which is an internationally and domestically recognized full service commerce and professional certification body that is dedicated to promoting Halal business and understanding of Islamic dietary compliance. The chamber facilitates dialogue between industry and consumers which entail assures compliance with all Islamic Dietary and Shariah Laws.

The USA Halal Chamber of Commerce, Inc. is endorsed by the Islamic Society of the Washington Area (ISWA).

We are members of the World Halal Council (WHC) and the World Halal Food Council (WHFC).

 12510 Prosperity Drive Ste 280 Silver Spring, MD 20904

**301-328-0592 (callto:3013280592)**

**301-328-0627 (callto:3013280627)**

info@ushalalcertification.com (mailto:#)

# Become Halal Certified Today

**APPLICATION (APPLICATION.HTML)**

**GUIDELINES (GUIDELINES.HTML)**



## What Is Halal?

## Why Halal?

## What is Halal Certification?



## Become Halal Certified Today

(application.html)



## Learn More About Halal

## Contact Us

📍 12510 Prosperity
Drive Ste 280
Silver Spring, MD
20904

📞 **301-328-0592
(callto:301328(
301-328-0627**

**(callto:301328(**

✉ info@ushalalcertific
(mailto:info@ushala

f  🐦  G+





📍 12510 Prosperity Drive Ste 280 Silver Spring, MD 20904        📞301-328-0592
(callto:3013280592)  📞301-328-0627 (callto:3013280627)

⌃

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 4285198



**Serial Number:** 85572632

**RAM Sale Number: 4285198**

**RAM Accounting Date: 20180208**

**Total Fees:** $325

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20180207 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20180207 | $200 | 1 | 1 | $200 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20180207



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4323111 |
| **REGISTRATION DATE** | 04/23/2013 |
| **SERIAL NUMBER** | 85572663 |
| **MARK SECTION** | |
| MARK | ISWA HALAL (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/85572663/large) |
| **ATTORNEY SECTION (no change)** | |
| NAME | Ruth Mae Finch |
| FIRM NAME | FINCH & ASSOCIATES, LLC |
| STREET | 424 CARONA PL |
| CITY | SILVER SPRING |
| STATE | Maryland |
| POSTAL CODE | 20905-7451 |
| COUNTRY | United States |
| PHONE | (301) 388-2252 |
| FAX | (301) 388-2252 |
| EMAIL | Ruth@FinchMark.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 3200/00105 |
| **CORRESPONDENCE SECTION (no change)** | |
| NAME | RUTH MAE FINCH |
| FIRM NAME | FINCH & ASSOCIATES, LLC |
| STREET | 424 CARONA PL |
| CITY | SILVER SPRING |
| STATE | Maryland |
| POSTAL CODE | 20905-7451 |
| COUNTRY | United States |
| PHONE | (301) 388-2252 |
| FAX | (301) 388-2252 |
| EMAIL | Ruth@FinchMark.com |
| AUTHORIZED TO COMMUNICATE VIA | Yes |

| E-MAIL | |
| --- | --- |
| DOCKET/REFERENCE NUMBER | 3200/00105 |

## GOODS AND/OR SERVICES SECTION

| | |
| --- | --- |
| INTERNATIONAL CLASS | A |
| GOODS OR SERVICES | food products |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-9624189216-20180628191328285098_._Halal_Logo_usage_form_Approved.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572663\xml3\8150002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572663\xml3\8150003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572663\xml3\8150004.JPG |
| SPECIMEN DESCRIPTION | A form that members fill out in order to use the certification mark. |
| MISCELLANEOUS STATEMENT | The certification mark, as used by persons authorized by the certifier, certifies that the goods and/or services provided have been certified as being in accordance with ISWA Halal Standards and Guidelines. The owner is exercising legitimate control over the use of the mark in commerce. The mark owner is not engaged in the production or marketing of the goods or services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the mark owner. The standards were previously submitted and have not changed. |

## OWNER SECTION (current)

| | |
| --- | --- |
| NAME | USA Halal Chamber of Commerce, Inc. |
| STREET | 12510 Prosperity Drive Suite 280 |
| CITY | Silver Spring |
| STATE | Maryland |
| ZIP/POSTAL CODE | 20904 |
| COUNTRY | United States |
| EMAIL | RuthMaefinch@verizon.net |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## LEGAL ENTITY SECTION (current)

| | |
| --- | --- |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Maryland |

## PAYMENT SECTION

| | |
| --- | --- |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 325 |
| TOTAL FEE PAID | 325 |

## SIGNATURE SECTION

| | |
| --- | --- |
| SIGNATURE | /RMF/ |
| SIGNATORY'S NAME | Ruth Mae Finch |

| SIGNATORY'S POSITION | Attorney of record (Maryland) |
|---|---|
| DATE SIGNED | 06/28/2018 |
| SIGNATORY'S PHONE NUMBER | 301-388-2252 |
| PAYMENT METHOD | CC |
| **FILING INFORMATION** ||
| SUBMIT DATE | Thu Jun 28 19:28:44 EDT 2018 |
| TEAS STAMP | USPTO/S08N15-XX.XXX.XX.XX X-20180628192844541944-43 23111-610c6517fda86ba0606 0ee2298525fa694b4726ecc44 846f1e9ffcc046929af322-CC -6244-2018062819132828509 8 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

## Combined Declaration of Use and Incontestability under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4323111
**REGISTRATION DATE:** 04/23/2013

**MARK:** (Stylized and/or with Design, ISWA HALAL (see, mark))

The owner, USA Halal Chamber of Commerce, Inc., a corporation of Maryland, having an address of
    12510 Prosperity Drive Suite 280
    Silver Spring, Maryland 20904
    United States
    RuthMaefinch@verizon.net (authorized)
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class A, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: food products; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) A form that members fill out in order to use the certification mark..

**Original PDF file:**
SPN0-9624189216-20180628191328285098 _ . Halal_Logo_usage_form_Approved.pdf
**Converted PDF file(s) (3 pages)**
Specimen File1
Specimen File2
Specimen File3

**MISCELLANEOUS STATEMENTS**
The certification mark, as used by persons authorized by the certifier, certifies that the goods and/or services provided have been certified as being in accordance with ISWA Halal Standards and Guidelines. The owner is exercising legitimate control over the use of the mark in commerce. The mark owner is not engaged in the production or marketing of the goods or services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the mark owner. The standards were previously submitted and have not changed.

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /RMF/   Date: 06/28/2018
Signatory's Name: Ruth Mae Finch
Signatory's Position: Attorney of record (Maryland)
Signatory's Phone: 301-388-2252

Mailing Address:
  FINCH & ASSOCIATES, LLC
  424 CARONA PL
  SILVER SPRING, Maryland 20905-7451

Serial Number: 85572663
Internet Transmission Date: Thu Jun 28 19:28:44 EDT 2018
TEAS Stamp: USPTO/S08N15-XX.XXX.XX.XXX-2018062819284
4541944-4323111-610c6517fda86ba06060ee22
98525fa694b4726ecc44846f1e9ffcc046929af3
22-CC-6244-20180628191328285098

| | **Document Title:** Logo Usage Form | **Document No.:** | ISWA/080 |
|---|---|---|---|
| | | **Revision No.:** | 00 |
| | | **Effective Date:** | 26 July 2017 |
| | | **Page No.:** | Page 1 of 2 |

# Logo Usage Form

Name of
Company/Establishment: *Buona Vita Inc.*

Establishment # (i.e. USDA, FDA, etc.): *USDA 954/P954*

Which logo would you like to use?
List the Registration Number: *#3*

### Certifier's Registered Trademarks

| | U.S. Reg. Number | Trademark |
|---|---|---|
| 1 | 4323113 | |
| 2 | 4323112 | Halal |
| 3 | 4323111 | ISWA |
| 4 | 4311881 | |
| 5 | 4285198 | ISWA HALAL CERTIFICATION DEPARTMENT ® |
| 6 | 4285197 | USA HALAL CHAMBER OF COMMERCE, INC. ® |

How will you be using the logo?  Choose all that apply:
- o   Website (list the website address): _____
- ☒   Product label
- o   On the Box
- o   Promotional Material

| | **Document Title:** Logo Usage Form | **Document No.:** | ISWA/080 |
|---|---|---|---|
| HALAL ISWA | | **Revision No.:** | 00 |
| | | **Effective Date:** | 26 July 2017 |
| | | **Page No.:** | Page 2 of 2 |

    o   Other: _____

We will send you the artwork via email upon receipt of this form.

Once the artwork is sent to you, we must obtain a copy of the final label, website design, etc. for approval.

SECTION BELOW IS FOR OFFICIAL USE ONLY:

Has the placement of the artwork been approved?

     —Yes
    o   No

Are there any concerns or comments related to the logo usage?

     No
    o   Yes (if so, list comments): _____

Are there any items to follow-up with?

     No
    o   Yes: _____

Approval Date: _____4|4|2018_____

**Keep Frozen**

**Keep Frozen**

# Deli Halal

## 1.5 oz Baked Beef and Chicken Halal Meatballs



U.S.
INSPECTED
AND PASSED BY
DEPARTMENT OF
AGRICULTURE
EST. 954

INGREDIENTS: HALAL BEEF, HALAL MECHANICALLY SEPARATED CHICKEN, WATER, SEASONING (non fat dry milk, salt, granulated onion and garlic, spices, sodium phosphates, caramel color, parsley flakes, silicon dioxide), SOY PROTEIN CONCENTRATE, BREADCRUMBS (unbleached wheat flour, salt, yeast), EGG WHITES, ROMANO CHEESE (pasteurized sheep's milk, salt and rennet), SOY LECITHIN.

HEATING INSTRUCTIONS: Heat to internal meatball temperature of 165° F and serve.

Manufactured by: Buona Vita Inc.,
Bridgeton, NJ 08302

NET WEIGHT 10 LBS.

**ROUTING SHEET TO POST REGISTRATION (PRU)**     **Registration Number:**   4323111



**Serial Number:**  85572663

**RAM Sale Number:  4323111**

**RAM Accounting Date:  20180629**     **Total Fees:**     $325

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20180628 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20180628 | $200 | 1 | 1 | $200 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20180628



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4323112 |
| **REGISTRATION DATE** | 04/23/2013 |
| **SERIAL NUMBER** | 85572675 |
| **MARK SECTION** | |
| MARK | HALAL (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/85572675/large) |
| **ATTORNEY SECTION (no change)** | |
| NAME | Ruth Mae Finch |
| FIRM NAME | FINCH & ASSOCIATES, LLC |
| STREET | 424 CARONA PL |
| CITY | SILVER SPRING |
| STATE | Maryland |
| POSTAL CODE | 20905-7451 |
| COUNTRY | United States |
| PHONE | (301) 388-2252 |
| FAX | (301) 388-2252 |
| EMAIL | Ruth@FinchMark.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 3200/00106 |
| **CORRESPONDENCE SECTION (no change)** | |
| NAME | RUTH MAE FINCH |
| FIRM NAME | FINCH & ASSOCIATES, LLC |
| STREET | 424 CARONA PL |
| CITY | SILVER SPRING |
| STATE | Maryland |
| POSTAL CODE | 20905-7451 |
| COUNTRY | United States |
| PHONE | (301) 388-2252 |
| FAX | (301) 388-2252 |
| EMAIL | Ruth@FinchMark.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

| DOCKET/REFERENCE NUMBER | 3200/00106 |
|---|---|

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | A |
|---|---|
| GOODS OR SERVICES | food products |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-9624189216-20180628193244585052 . Halal_Map_Label.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572675\xml3\8150002.JPG |
| SPECIMEN DESCRIPTION | A form that the registrant uses to obtain information from the individual that wants to use the certification mark. |
| MISCELLANEOUS STATEMENT | The certification mark, as used by persons authorized by the certifier, certifies that the goods and/or services provided have been certified as being in accordance with ISWA Halal Standards and Guidelines. The owner is exercising legitimate control over the use of the mark in commerce. The mark owner is not engaged in the production or marketing of the goods or services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the mark owner. The standards were previously submitted and have not changed. |

## OWNER SECTION (current)

| NAME | USA Halal Chamber of Commerce, Inc. |
|---|---|
| STREET | 12510 Prosperity Drive Suite 280 |
| CITY | Silver Spring |
| STATE | Maryland |
| ZIP/POSTAL CODE | 20904 |
| COUNTRY | United States |
| EMAIL | RuthMaefinch@verizon.net |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Maryland |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 325 |
| TOTAL FEE PAID | 325 |

## SIGNATURE SECTION

| SIGNATURE | /RMF/ |
|---|---|
| SIGNATORY'S NAME | Ruth Mae Finch |
| SIGNATORY'S POSITION | Attorney of record (Maryland) |
| DATE SIGNED | 06/28/2018 |
| SIGNATORY'S PHONE NUMBER | 301-388-2252 |

| PAYMENT METHOD | CC |
|---|---|
| | **FILING INFORMATION** |
| SUBMIT DATE | Thu Jun 28 19:42:21 EDT 2018 |
| TEAS STAMP | USPTO/S08N15-XX.XXX.XX.XX<br>X-20180628194221460593-43<br>23112-6102bfcaac779fdf98e<br>1629ac729bdb832a4163ef4f8<br>84d5c55b215f93b2958c9d8-C<br>C-6366-201806281932445850<br>52 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
# To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4323112
**REGISTRATION DATE:** 04/23/2013

**MARK:** (Stylized and/or with Design, HALAL (see, mark))

The owner, USA Halal Chamber of Commerce, Inc., a corporation of Maryland, having an address of
    12510 Prosperity Drive Suite 280
    Silver Spring, Maryland 20904
    United States
    RuthMaefinch@verizon.net (authorized)
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class A, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: food products; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) A form that the registrant uses to obtain information from the individual that wants to use the certification mark..

**Original PDF file:**
SPN0-9624189216-20180628193244585052_._Halal_Map_Label.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

**MISCELLANEOUS STATEMENTS**
The certification mark, as used by persons authorized by the certifier, certifies that the goods and/or services provided have been certified as being in accordance with ISWA Halal Standards and Guidelines. The owner is exercising legitimate control over the use of the mark in commerce. The mark owner is not engaged in the production or marketing of the goods or services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the mark owner. The standards were previously submitted and have not changed.

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration
Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /RMF/    Date: 06/28/2018
Signatory's Name: Ruth Mae Finch
Signatory's Position: Attorney of record (Maryland)
Signatory's Phone: 301-388-2252

Mailing Address:
   FINCH & ASSOCIATES, LLC
   424 CARONA PL
   SILVER SPRING, Maryland 20905-7451

Serial Number: 85572675
Internet Transmission Date: Thu Jun 28 19:42:21 EDT 2018
TEAS Stamp: USPTO/S08N15-XX.XXX.XX.XXX-2018062819422
1460593-4323112-6102bfcaac779fdf98e1629a
c729bdb832a4163ef4f884d5c55b215f93b2958c
9d8-CC-6366-20180628193244585052



KEEP FROZEN

COOK FROZEN

HLPTS

**6**

PREMIUM *Treasure*

Halal

## SEASONED BEEF SLICES

BEEF, WATER & FOOD STARCH PRODUCT CHUNKED, FORMED, FROZEN AND SLICED

Ingredients: Beef, Water, Modified Corn Starch, Hydrolyzed Soy Protein, Dextrose, Sodium Phosphate, Salt, Yeast Extract, Onion Powder, Natural Flavoring.   Allergen : Contains Soy



83393100516

COOK PRODUCTS TO INTERNAL TEMPERATURE OF MINIMUM 160F AND VERIFIED BY A FOOD HANDHELD THERMOMETER.

DISTRIBUTED BY:
PREMIUM TREASURE
SAVAGE, MD 20763

**NET WT. 10 LBS.**

U.S. INSPECTED AND PASSED BY DEPARTMENT OF AGRICULTURE EST.19544

---



KEEP FROZEN

COOK FROZEN

HLLCS

**5**

PREMIUM *Treasure*

Halal

## PHILLY LEMON BUTTER CHICKEN SANDWICH SLICES

CHICKEN BREAST & WATER PRODUCT
CHUNKED, FORMED, FROZEN AND SLICED

Ingredients: Chicken Breast, Water, Modified Corn Starch, Dextrose, Sodium Phosphate, Salt, (Milk) Butter Flavor (Maltodextrin, Butter, Anatto & Turmeric Color, Natural Flavoring Contains Milk), Lemon Powder, Soy Protein Concentrate, Onion Powder.

Allergen: Milk, Soy. *Gluten Free*

COOK PRODUCTS TO INTERNAL TEMPERATURE OF MINIMUM 165F AND VERIFIED BY A FOOD HANDHELD THERMOMETER.



DISTRIBUTED BY:
PREMIUM TREASURE
SAVAGE, MD 20763

83393100115

**NET WT. 10 LBS.**

U.S. DEPARTMENT OF AGRICULTURE P-19544

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 4323112



**Serial Number:** 85572675

**RAM Sale Number: 4323112**

**RAM Accounting Date: 20180629**

**Total Fees:** $325

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20180628 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20180628 | $200 | 1 | 1 | $200 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20180628



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4323113 |
| **REGISTRATION DATE** | 04/23/2013 |
| **SERIAL NUMBER** | 85572681 |
| **MARK SECTION** | |
| MARK | H HALAL ISWA HALAL (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/85572681/large) |
| **ATTORNEY SECTION (no change)** | |
| NAME | Ruth Mae Finch |
| FIRM NAME | FINCH & ASSOCIATES, LLC |
| STREET | 424 CARONA PL |
| CITY | SILVER SPRING |
| STATE | Maryland |
| POSTAL CODE | 20905-7451 |
| COUNTRY | United States |
| PHONE | (301) 388-2252 |
| FAX | (301) 388-2252 |
| EMAIL | Ruth@FinchMark.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 3200/00107 |
| **CORRESPONDENCE SECTION (no change)** | |
| NAME | RUTH MAE FINCH |
| FIRM NAME | FINCH & ASSOCIATES, LLC |
| STREET | 424 CARONA PL |
| CITY | SILVER SPRING |
| STATE | Maryland |
| POSTAL CODE | 20905-7451 |
| COUNTRY | United States |
| PHONE | (301) 388-2252 |
| FAX | (301) 388-2252 |
| EMAIL | Ruth@FinchMark.com |
| AUTHORIZED TO COMMUNICATE | Yes |

| VIA E-MAIL | |
|---|---|
| DOCKET/REFERENCE NUMBER | 3200/00107 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | A |
|---|---|
| GOODS OR SERVICES | food products |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-9624189216-20180628194517632687 . Website_ushalalcertification.com_p_5.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572681\xml3\8150002.JPG |
| ORIGINAL PDF FILE | SPN0-9624189216-20180628194517632687 . Halal_Logo_usage_form_Approved.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572681\xml3\8150003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572681\xml3\8150004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\855\726\85572681\xml3\8150005.JPG |
| SPECIMEN DESCRIPTION | Web page showing the mark and form for customers to fill out to use the certification mark. |
| MISCELLANEOUS STATEMENT | The certification mark, as used by persons authorized by the certifier, certifies that the goods and/or services provided have been certified as being in accordance with ISWA Halal Standards and Guidelines. The owner is exercising legitimate control over the use of the mark in commerce. The mark owner is not engaged in the production or marketing of the goods or services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the mark owner. The standards were previously submitted and have not changed. |

## OWNER SECTION (current)

| NAME | USA Halal Chamber of Commerce, Inc. |
|---|---|
| STREET | 12510 Prosperity Drive Suite 280 |
| CITY | Silver Spring |
| STATE | Maryland |
| ZIP/POSTAL CODE | 20904 |
| COUNTRY | United States |
| EMAIL | RuthMaefinch@verizon.net |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Maryland |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 325 |
| TOTAL FEE PAID | 325 |

| SIGNATURE SECTION | |
|---|---|
| SIGNATURE | /RMF/ |
| SIGNATORY'S NAME | Ruth Mae Finch |
| SIGNATORY'S POSITION | Attorney of record (Maryland) |
| DATE SIGNED | 06/28/2018 |
| SIGNATORY'S PHONE NUMBER | 301-388-2252 |
| PAYMENT METHOD | CC |
| FILING INFORMATION | |
| SUBMIT DATE | Thu Jun 28 19:52:02 EDT 2018 |
| TEAS STAMP | USPTO/S08N15-XX.XXX.XX.XX X-20180628195202640225-43 23113-610ca4e4c896bcfa606 457a2eed6abdc27d9ae5dd89d 3c27be50ef31cf88341e58-CC -6454-2018062819451763268 7 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4323113
**REGISTRATION DATE:** 04/23/2013

**MARK:** (Stylized and/or with Design, H HALAL ISWA HALAL (see, mark))

The owner, USA Halal Chamber of Commerce, Inc., a corporation of Maryland, having an address of
12510 Prosperity Drive Suite 280
Silver Spring, Maryland 20904
United States
RuthMaefinch@verizon.net (authorized)
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class A, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: food products; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Web page showing the mark and form for customers to fill out to use the certification mark..

**Original PDF file:**
SPN0-9624189216-20180628194517632687_._Website_ushalalcertification.com_p_5.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-9624189216-20180628194517632687_._Halal_Logo_usage_form_Approved.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

**MISCELLANEOUS STATEMENTS**
The certification mark, as used by persons authorized by the certifier, certifies that the goods and/or services provided have been certified as being in accordance with ISWA Halal Standards and Guidelines. The owner is exercising legitimate control over the use of the mark in commerce. The mark owner is not engaged in the production or marketing of the goods or services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the mark owner. The standards were previously submitted and have not changed.

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration
☐ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☐ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /RMF/   Date: 06/28/2018
Signatory's Name: Ruth Mae Finch
Signatory's Position: Attorney of record (Maryland)
Signatory's Phone: 301-388-2252

Mailing Address:
  FINCH & ASSOCIATES, LLC
  424 CARONA PL
  SILVER SPRING, Maryland 20905-7451

Serial Number: 85572681
Internet Transmission Date: Thu Jun 28 19:52:02 EDT 2018
TEAS Stamp: USPTO/S08N15-XX.XXX.XX.XXX-2018062819520
2640225-4323113-610ca4e4c896bcfa606457a2
eed6abdc27d9ae5dd89d3c27be50ef31cf88341e
58-CC-6454-20180628194517632687

**(callto:3013280**

✉ info@ushalalcertifi
(mailto:info@ushal



f  🐦  G+





📍 12510 Prosperity Drive Ste 280 Silver Spring, MD 20904        📞301-328-0592

(callto:3013280592)   📞301-328-0627 (callto:3013280627)

^

| | Document Title: | Document No.: | ISWA/080 |
|---|---|---|---|
|  | Logo Usage Form | Revision No.: | 00 |
| | | Effective Date: | 26 July 2017 |
| | | Page No.: | Page 1 of 2 |

# Logo Usage Form

Name of Company/Establishment: _Buona Vita Inc._

Establishment # (i.e. USDA, FDA, etc.): _USDA 954 / P954_

Which logo would you like to use?
List the Registration Number: _#3_

### Certifier's Registered Trademarks

| | U.S. Reg. Number | Trademark |
|---|---|---|
| 1 | 4323113 |  |
| 2 | 4323112 |  |
| 3 | 4323111 |  |
| 4 | 4311881 |  |
| 5 | 4285198 | ISWA HALAL CERTIFICATION DEPARTMENT ® |
| 6 | 4285197 | USA HALAL CHAMBER OF COMMERCE, INC. ® |

How will you be using the logo? Choose all that apply:
- o Website (list the website address): _____
- ⊠ Product label
- o On the Box
- o Promotional Material

| | **Document Title:**<br>Logo Usage Form | **Document No.:** | ISWA/080 |
|---|---|---|---|
| HALAL ISWA | | **Revision No.:** | 00 |
| | | **Effective Date:** | 26 July 2017 |
| | | **Page No.:** | Page 2 of 2 |

o   Other: _____

We will send you the artwork via email upon receipt of this form.

Once the artwork is sent to you, we must obtain a copy of the final label, website design, etc. for approval.

SECTION BELOW IS FOR OFFICIAL USE ONLY:

Has the placement of the artwork been approved?

    ⊘ Yes
o   No

Are there any concerns or comments related to the logo usage?

    ⊘ No
o   Yes (if so, list
    comments): _____
_____
_____
_____

Are there any items to follow-up with?

    ⊘ No
o   Yes: _____
_____
_____
_____

Approval Date:    4/4/2018

Keep Frozen

Keep Frozen

# Deli Halal

## 1.5 oz Baked Beef and Chicken Halal Meatballs

INGREDIENTS: HALAL BEEF, HALAL MECHANICALLY SEPARATED CHICKEN, WATER, SEASONING (non fat dry milk, salt, granulated onion and garlic, spices, sodium phosphates, caramel color, parsley flakes, silicon dioxide), SOY PROTEIN CONCENTRATE, BREADCRUMBS (unbleached wheat flour, salt, yeast), EGG WHITES, ROMANO CHEESE (pasteurized sheep's milk, salt and rennet), SOY LECITHIN.

HEATING INSTRUCTIONS: Heat to internal meatball temperature of 165° F and serve.

U.S. INSPECTED AND PASSED BY DEPARTMENT OF AGRICULTURE EST. 954

Manufactured by: Buona Vita Inc.,
Bridgeton, NJ 08302

NET WEIGHT 10 LBS.



# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 4323113



**Serial Number:** 85572681



**RAM Sale Number: 4323113**

**RAM Accounting Date: 20180629**

**Total Fees:** $325

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20180628 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20180628 | $200 | 1 | 1 | $200 |

Physical Location: MADCD- ALEX. CENTRAL DOCKET

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20180628



EXHIBIT 3



December 14, 2015

Best Choice Meats, Inc.
Attn: Nadim El-Kareh
9229 S Baltimore Avenue
Chicago, IL 60617

Dear Nadim El-Kareh,

Congratulations! Your application for Halal certification has been provisionally
approved. Next step is set up an audit/inspection date for the facility in Chicago.
Attached is a copy of the invoice for your membership for 2015-2016. Once we receive
the payment, we can proceed with scheduling the inspection. Please see attached for
cost of Halal certification.

In order to complete your application, we will need:

1) list of all products to be certified

2) a separate list of each ingredient for each independent product (can be in the form of
a pdf.)

3) any other certifications you hold

In terms of the inspection, please let us know which date works best for you and we will
begin coordinating our schedules.

We look forward to working with your company and appreciate your business.

---

Best Regards,

Membership Committee
USA Halal Chamber of Commerce, Inc./ISWA Halal Certification Department
Tel: 13013843608
Fax: 13013842975
info@ushalalcertification.com
www.ushalalcertification.com

# USA Halal Chamber of Commerce, Inc.

**1712 Eye Street, N.W. Suite 602**
**Washington DC 20006**
Phone:  301-384-3608
Fax:  301-384-2975
info@ushalalcertification.com
www.ushalalcertification.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/14/2015 | 782 |

**Bill To**

Best Choice Meats, Inc.
Nadim  El-Kareh
Jihad El-Kareh
9229 S Baltimore Avenue
Chicago, IL 60617

| Terms | Ship Via |
|-------|----------|
|       |          |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Membership | 2015-2016 Annual Membership | 1 | 2,000.00 | 2,000.00 |

|  |  | Total: | $2,000.00 |
|--|--|--------|-----------|

Please Remit Payment To:
USA Halal Chamber of Commerce, Inc.
Attn: Habib Ghanim
14660 Good Hope Road
Silver Spring, MD 20905

*Thank you for your business.*



2015

To Whom It May Concern:

Thank you for your interest in Halal certification with us.

The costs/fees for Halal certification/supervision with ISWA Halal Certification Department/USA Halal Chamber of Commerce Inc. will be as follows:

All Producing Companies

1) Annual membership fee of $2000 per plant/facility; this includes the annual letter after inspection/renewal.

Audit/Inspection costs

Domestic (within the continental USA)
- Flight (Economy class ticket)
  or driving mileage charges (.89 per mile)
  or Train
- car rental
- hotel
- an inspection fee of $300 per day

Domestic (outside the continental USA)
- Flight (Business class ticket)
- car rental
- hotel
- an inspection fee of $300 per day

International
- Flight (Business class ticket)
- car rental
- hotel
- an inspection fee of $300 per day

Export certificate for each shipment:

- $250 per export certificate (Minimum if cost per poundage is below this)

1

<u>Slaughter/Harvest and Meat/Poultry Processing Facilities:</u>

There is a separate fee per pound depending on volume:

- Beef: $.03 to $.05 per pound depending on volume (minimum charges of $275 will apply if total falls below that)
- Poultry: $.02 to $.03 per pound depending on volume (minimum charges of $275 will apply if total falls below that)

<u>Administrative charges</u>

- Changing or Adding Items to certificate: $25
- Printing Extra original documents: $25 per document

## Note: All prices are in United States Dollars (USD)

Please feel free to contact us with any inquires by phone +13013843608 or email info@ushalalcertification.com or by mail (ISWA Halal Certification Department, 14660 Good Hope Road, Silver Spring, MD 20905).

Best Regards,

The ISWA Team
USA Halal Chamber of Commerce, Inc.
ISWA Halal Certification Department



MEMO: Submitting Payments to USA Halal/ISWA Halal

Payments can be sent by:

Check:

Make check payable to:
USA Halal Chamber of Commerce, Inc.
and sent it to
14660 Good Hope
Rd
Silver Spring, MD 20905

or

PayPal
Email:Info@ushalalcertification.com

# EXHIBIT 4

MachForm Panel

http://ushalalcertification.com/forms/view_entry.php?form_id=2&ent...

## Membership Application ▹ #323

| | |
|---|---|
| **Company Name:** | Best Choice Meats, Inc. |
| **Address:** | 12646 S. Springfield Ave<br>Alsip, Illinois 60803<br>United States |
| **Phone:** *(please enter your phone number with numbers only, no dashes or brackets)* | 7083855000 |
| **Fax:** *(please enter your fax number with numbers only, no dashes or brackets)* | 7083855001 |
| **Email:** | jayelkareh@gmail.com |
| **Contact Name and Title:** | Mr. Jihad El-Kareh 60803 |
| **List Type of Product to be Certified as Halal:** | Beef, Poultry, Lamb, Turkey |
| **FedEx Account Number:** | 704490364 |
| **Type of Company:** | **Further Processing** |
| **If Other Please specify below:** | |
| **Company Name:** | Best Choice Meats,Inc. |
| **Mailing Address:** | 12646 S. Springfield Avenue<br>Alsip, IL 60803<br>United States |
| **Invoice Address:** *(if different from above)* | 12646 S. Springfield A 12646 S. Springfield A<br>Alsip, IL 60803 |
| **Phone:** | 7083855000 |
| **Email:** | jayelkareh@gmail.com |
| **Name and Title of the Above Company Representative:** | Mr. Jihad El-Kareh |
| **List of all ingredients to be used:** | N/A |
| **Type of Animal Slaughtered:** *(if it is not applicable please type N/A)* | N/A |
| **List of all countries exporting to:** *(if for domestic use, please indicate domestic)* | DOMESTIC |
| **If a storage facility, please list origin of product and where product will be stored:** | N/A |
| **If the facility does not do harvesting and/or slaughtering, then please attach a copy of the documents and halal certificates of the raw beef/poultry: If the Facility does not use raw/beef /poultry, please attach all ingredients lists here as well as copies of labels.** | ISLAMIC HALAL CERTIFICATE.pdf<br>Iswa halal 2015-2016 certifcation.pdf |
| **Please attach copies of any other certifications your facility has (i.e ISO, Kosher, Organic, Etc).** | |
| **Please attach all ingredients lists and/or labels.** | |
| **Name of the company:** | Best Choice Meats,Inc. |
| **EST. No.:** | 2510 |
| **Processing Plant Name:** | Best Choice Meats, Inc. |
| **Plant Location:** | 12646 S. Springfield Avenue<br>Alsip, IL 60803<br>United States |
| **Plant Manager/Supervisor:** | Jihad El-Kareh |
| **Space area of the plant:** *(sq. feet)* | 5000 |
| **Date operation started:** | Aug 15, 2016 |
| **Types of Halal Products Packaged-list items and brand names separately:** | Tray Pack Chicken Product |
| **Production rate (capacity)-tonnage per day (each item):** | unknown |

*Handwritten note:* Cert Expires in December send updated cert once payment recieved for inspection

1 of 2

8/23/2016 1:26 PM

MachForm Panel                                    http://ushalalcertification.com/forms/view_entry.php?form_id=2&ent...

| | |
|---|---|
| Types of species of animals/birds processed: | poultry |
| Is the meat received for processing slaughtered Halal? | ✔ Yes |
| List the slaughterhouse from which the meat is derived for further processing: | pilgrim pride |
| How are the products shipped to the plant? | ✔ Fresh (chilled) |
| Is the temperature printed clearly on the bill of lading? | ✔ Yes |
| Does the plant have a system of labeling individual products to keep their identity from receiving, throughout the processing, to storage and shipping? | ✔ Yes |
| Are there clear labels on the packages and boxes of the finished products? | ✔ Yes |
| Would the Halal products be clearly marked so that the products bear a Halal logo? | ✔ Yes |
| Are the ingredients of additives and preservatives added during processing listed clearly on the finished products? | ✔ Yes |
| Do the packages cases bear the production and expiration dates? | ✔ Yes |
| IS there any type of alcohol added to any processed products or used on the machines? | ✔ No |
| Are the machines used in processing of pork or pork products done on the premise? | ✔ No |
| Are the machines used in processing cleaned and sanitized between the processing of different meats? | ✔ Yes |
| How often are they sanitized? | We follow Haccp USDA approved inspection procedure |
| How many USDA inspectors/Vets and Quality Control personnel are on the premise? | i |
| Is there a lab for testing samples on the premise? If not, does the plant send samples out to other labs for testing? | ✔ No |
| What type of tests are applied? | |
| Is there a freezing or chilling storage facility on the premise in receiving or shipping areas? | ✔ Yes |
| If the meat is stored on the premise, list the types of meat stored: | Chicken |
| Are the products shipped out of from the plant fresh (chilled) or frozen? | ✔ Fresh (Chilled) |
| Has this plant produced Halal products before? | ✔ Yes |
| Which countries are they shipped to? | |
| Is the plant management cooperative and understanding of the Islamic requirements for Halal production and committed to follow the Halal procedure that you supply with them? Explain. | Yes |
| Terms of Service | ✔ I hereby certify that all information provided in this application is TRUE and CORRECT and that I have read and agreed to ISWA HALAL TERMS of SERVICE |
| Authorized Signature: | *[signature]* |

ℹ **Entry Info**

Date Created            23 Aug 2016 - 08:38:54 AM

Date Updated

IP Address               108.90.177.200

# EXHIBIT 5

| Document No.: | ISWA/014 |
| --- | --- |
| **Document Title:** | **Revision No.:** | 05 |
| Terms of Service | **Effective Date:** | 28 March 2018 |
| | **Page No.:** | Page 1 of 20 |



Halal Certification Services
Terms of Service

1.  **Acceptance of Terms of Service**

    ISWA Halal Certification Department/USA Halal Chamber of Commerce, Inc. (hereinafter referred to as the "Certifier") provides its certification services ("Services") to you subject to the following Terms of Service ("TOS") and the attached Requirements for Facilities Seeking Halal Certification ("Requirements"). Your Application and use of Certifier's Services in whole or in part constitutes your binding acceptance of both these TOS and Requirements. If you do not agree to these TOS or to the Requirements, you should not use Certifier's Services.

    These Services may be subject to additional posted rules, policies and terms. When you use those Services, you shall be subject to those additional conditions, which are incorporated by reference into these TOS and/or Requirements (and, consequently, form part of your agreement with us). In the event of an inconsistency between these TOS and any additional posted Requirements, the provisions of the additional conditions and/or Requirements shall control. Because we may modify all or any part of these TOS from time to time without notice to you, you should check back often so you are aware of your current rights and responsibilities. Your continued use of these Service after changes to the TOS have been published constitutes your binding acceptance of the updated TOS. If at any time the TOS are no longer acceptable to you, you should immediately cease all use of the Services. The ISWA Halal Standards and Guidelines are attached to the last page (hereto).

2.  **Description of Services**

    The Services include the commercial and professional certification that your products/services will comply with Islamic Dietary and Shariah Laws.

3.  **General Rules of Conduct**

    (a) If you have any inquiries regarding Halal, you agree that you will contact the Certifier first and ask the Certifier each of your questions before contacting any other company. Certifier will respond on your behalf.

    (b) Your use of the Services is subject to all applicable local, state, national and international laws and regulations, and you agree not to violate such laws and regulations.

    (c) You agree to comply fully with the Terms of Service and Requirements at all times.

    (d) You agree to provide samples of any product being certified by Certifier when requested.

Page 1 of 20

| | Document No.: | ISWA/014 |
|---|---|---|
| Document Title: | Revision No.: | 05 |
| Terms of Service | Effective Date: | 28 March 2018 |
| | Page No.: | Page 2 of 20 |



(e) You agree to provide Certifier with a Plant or "Establishment" number and to provide Certifier with supporting documentation within ten (10) days, if requested.

4.    Certification Prerequisites

(a)  You must be a facility that is legally registered in the country where it operates.

(b)  You must be a certified/recognized facility with USDA/FDA, etc. or government entities from their country of residence (except for sales and non-production plants).

(c)  You must have competent employees who will adhere to all Halal certification guidelines and these terms & conditions.

5.    Conditions for Certification

At all time, the rightful owner of the halal certificate shall be ISWA and it shall be collected back as and when deemed necessary by ISWA.

a) ISWA shall be solely responsible for, and shall retain authority for all its decisions relating to its halal certification, including granting, maintaining, renewing, extending, reducing, suspending and the withdrawing of certification.

b) The granting of a halal certification shall be done upon a successful audit and after being reviewed by ISWA team of Technical Auditor and Islamic Affairs Expert/Shariah Auditor (when the application standards apply).

c) The client shall remain as a legal entity, or a defined part of a legal entity, such that the legal entity can be held legally responsible for all its activities;

d) The client must always fulfil the certification requirements set by ISWA in order to maintain the halal certification including implementing appropriate changes when they are communicated by ISWA;

e) If the certification applies to ongoing production, the certified product must continue to fulfil the product requirements;

| Document Title: | Document No.: | ISWA/014 |
| --- | --- | --- |
| Terms of Service | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| | Page No.: | Page 3 of 20 |



f) The client shall make all necessary arrangements for the conduct of the evaluation and surveillance (if required), including provision for examining documentation and records, and access to the relevant equipment, location(s), area(s), personnel, and client's subcontractors;

g) The client shall make all necessary arrangements for the investigation of complaints;

h) The client shall make all necessary arrangements for the participation of observers;

i)The client shall make claims regarding certification consistent with the scope of certification;

j) The client shall not use its product certification in such a manner as to bring ISWA into disrepute and does not make any statement regarding its product certification that ISWA may consider misleading or unauthorized;

k) If the client provides copies of the certification documents to others, the documents shall be reproduced in their entirety;

l) In referring to product certification in communication media such as documents, brochures or advertising, the client shall submit to ISWA a copy for vetting and comply with ISWA stated herein requirements;

m) The client shall comply with any requirements that may be prescribed in the certification scheme relating to the use of marks of conformity, and on information related to the product;

| Document No.: | ISWA/014 |
|---|---|
| **Document Title:** Terms of Service | **Revision No.:** 05 |
| | **Effective Date:** 28 March 2018 |
| **Page No.:** | Page 4 of 20 |



n) The client shall keep a record of all complaints made known to it relating to compliance with certification requirements and makes these records available to ISWA when requested, and takes appropriate action with respect to such complaints and any deficiencies found in products that affect compliance with the requirements for certification;

o) The client shall inform ISWA, without delay, of changes that may affect its ability to conform with the certification requirements;

p) The client shall exercise control as specified by the certification scheme over ownership, use and display of licenses, certificates, marks of conformity, and any other mechanisms for indicating a product is certified;

q) Incorrect references to the certification scheme, or misleading use of licenses, certificates, marks, or any other mechanism for indicating a product is certified, found in documentation or other publicity must be avoided;

r) The use and display of licenses, Halal certificates and Halal marks of conformity shall be prominent, only per the approved ones and in entirety;

s) Halal certificate owners who failed to renew their Halal certificates will not be allowed to use the Halal mark at the premises or on the manufactured Halal products/services or inside the grocery shop or supermarkets corridors;

t) The Halal mark should be printed clearly on all certified Halal products and labelled on each box/package. Companies can print the colored mark suitable to its packaging as long as it does not change the original specification(s) of the mark;

u) The certificate holder shall not reproduce the granted Halal certificate in part and/or in a way that would hinder the legibility, nor shall tamper with the original copies or photocopies of the Halal certificate. He shall not translate the certificate and/or test reports in other languages without the control and consent of the Halal certification body;

Page 4 of 20

| Document Title: | Document No.: | ISWA/014 |
|---|---|---|
| Terms of Service | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| | Page No.: | Page 5 of 20 |

v) Any violations of any of the above conditions may lead to the suspension, withdrawal, or termination of the halal certification depending on the severity which will be decided by the ISWA Decision Committee;

w) Upon suspension, withdrawal, or termination of certification, the client must discontinue its use of all advertising matter that contains any reference thereto and acts as required by the certification scheme (e.g. the return of certification documents) and takes any other required measure.

6.    Fee-Based Services

You agree to pay all fees and charges that you incur. Payment for all services conducted (i.e. Invoices) sent to applicant by Certifier must be fully paid within thirty (30) days in order to be in good standing with certification. if not, all membership and Halal documentation is automatically revoked. If the "Services" do not pass the "Certifiers'" inspection criteria, the "Applicant" is still required to pay for all travel and accommodation if incurred and that is incurred even though no certification is issued. Any unpaid invoice(s) over 100 days late may be sent to a 3rd party collections agency if remaining unpaid. Unless otherwise noted, all currency references are in U.S. dollars.

All audits must be paid for regardless of the outcome of the audit.

Refund Policy: No refunds of any kind are given. No refunds will be issued once services are rendered and documentation is distributed to the client.

7.    Application Obligations

Our Services require that you file an application. You agree that you will provide accurate information (such as the legal name of your company and a valid e-mail address) and will update your relevant information if it becomes outdated. If you provide any

| | Document No.: | ISWA/014 |
|---|---|---|
| Document Title: | Revision No.: | 05 |
| Terms of Service | Effective Date: | 28 March 2018 |
| | Page No.: | Page 6 of 20 |

information that is, or that Certifier in its reasonable discretion determines may be, untrue, inaccurate, not current or incomplete. Certifier has the right, without prior notice, to suspend or terminate your account and all current or future use of the Services (or any portion thereof). Certifier may also require you to correct the information within thirty (30) days of it may withdraw its certification.

8.     Passwords and Other Security Issues

If Certifier issues you a password, you agree to help protect your information by guarding that password, and by changing it as soon as possible if you believe its security has been compromised. You may not transfer your registration, password or user name to another person or share it with anyone.

9.     Termination

This agreement shall continue in full force and effect unless sooner terminated by either Party by giving 30 days' written notice to the other Party. Any notice of termination under this Article shall be given by certified mail to the Party to the address provided herein; provided, however, that such notice shall be mailed to such other address as either Party may later specify in writing and all notices shall be deposited, postage prepaid, in the United States mail.

The Certifier, in its sole discretion, may terminate this Agreement immediately without penalty upon written notice to applicant, if applicant is found to be in violation of any Halal certification documentation issued by Certifier or any other provision of this Agreement. In such case, the applicant will be responsible for the full cost of all products and packaging bearing Certifier's seal/logos/marks. Certifier may also publish its termination on its website.

Certifier has the right, but not the obligation, to take any of the following actions in its sole discretion at any time and for any reason without giving you any prior notice:

(a)   Restrict, suspend or terminate its Services;

(b)   Establish general practices and limits concerning use of the Services.

Certifier may take any of the above actions for any legitimate business reason, as determined by Certifier in its sole discretion, including, but not be limited to:

(a)   breaches or violations of the TOS or other incorporated agreements or guidelines,

(b)   requests by law enforcement or other government agencies,

Page 6 of 20

| Document Title: | Document No.: | ISWA/014 |
| --- | --- | --- |
| Terms of Service | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| | Page No.: | Page 7 of 20 |

(c) a request by you,

(d) discontinuance or material modification to the Services (or any part thereof),

You agree that we will not be liable to you or any third party for taking any of these actions.

## 10. Non-Solicitation

During the term of this agreement and for the period of one (1) year after the expiration or termination hereof, you agree that you shall not, without first obtaining the consent of Certifier solicit or attempt to hire, directly or indirectly, in any capacity, any current or former employee of the Certifier.

## 11. Indemnification

You hereby agree to indemnify, defend and hold Certifier, and its operating divisions, affiliates and subsidiaries, officers, director, employees, and agents (collectively, "Certifier's Entities") harmless from and against any and all liability, losses, expenses, damages and costs (including attorneys' fees), incurred by you in connection with any claim arising out of your use of Certifier's Services.

Certifier reserves the right to assume, at its sole expense, the exclusive defense and control of any claim, action or other matter for which you are required to indemnify Certifier, and all negotiations for settlement or compromise thereof, and you agree to fully cooperate with Certifier in the defense of any such claim, action, settlement or compromise negotiations, as requested by Certifier.

Further, you agree to indemnify, hold harmless, and defend Certifier or Certifier's Entities against any and all claims that may arise out of any injury to any of your employees, agents, or representatives while performing services hereunder whether attributable in whole or in part to a willful or neglectful act or omission of Certifier or Certifier's Entities. You expressly waive any and all immunity from suit by Certifier or Certifier's Entities by operation of any workers' compensation or similar statute; provided, however, that such waiver shall apply only to extent necessary to enable the enforcement of this indemnification provision.

You shall further defend, indemnify, and hold harmless Certifier or Certifier's Entities from and against any and all suits, proceedings, claim, losses, and damages (including reasonable attorneys' fees) related to any claim by a third party alleging that the Certifier or Certifier's Entities' use of the trademarks or any portion thereof constitutes an infringement of any Intellectual Property Rights of any kind of such third party.

| Document Title: | Document No.: | ISWA/014 |
|---|---|---|
| **Terms of Service** | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| Page No.: | | Page 8 of 20 |



12.    Limitation of Liability

You expressly understand and agree that Certifier and "Certifier's Entities" shall not be liable to you for any direct, indirect, incidental, special, consequential or exemplary damages, including but not limited to, damages for loss of profits, goodwill or other intangible losses resulting from your use of or inability to use these Services.

13.    Certifier's Proprietary Rights

Use of Certifier's intellectual property without Certifier's prior written consent is strictly prohibited and may constitute trademark and copyright infringement and unfair competition in violation of federal and state laws.

14.    **Use of Certifier's Copyrights**

The entire content of the USA Halal's web site including but not limited to texts, designs, graphics, interfaces, or code and the selection and arrangement thereof is protected by United States and international copyright laws and is the exclusive property of Certifier.

You may not reproduce, modify, distribute or republish materials contained on Certifier's website (either directly or by linking) without Certifier's prior written consent. You may not alter or remove any trademark, copyright or other notice from copies of content. You may, however, download material from the site (one machine readable copy and one print copy per page) for your personal use only. We reserve all rights in and title to all material so downloaded. All trademarks, service marks, trade names, trade dress and logos appearing on the site are the property of Certifier. Any unauthorized or prohibited use of any Material, may subject you to civil liability or criminal prosecution, or both, under applicable federal and state laws.

15.    Use of Certifier's Trademarks

You agree not to display or use in any manner Certifier's registered trademarks or its common law logos, trademarks, service marks, product and service names ("Trademarks") without Certifier's prior written permission. If you have previously been licensed by Certifier, you agree to follow the trademark usage guidelines you have been provided with your license agreement. If you have not been received trademark usage guidelines, you agree to comply with the following guidelines:

(a)  By using Certifier's Trademarks, in whole or in part, you acknowledge that Certifier is the sole owner of the Trademarks and you agree not to interfere with any of its rights, including challenging its use, registration of, or application to register such

| Document Title: | Document No.: | ISWA/014 |
| --- | --- | --- |
| Terms of Service | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| | Page No.: | Page 9 of 20 |

trademarks, alone or in combination with other words, anywhere in the world, and that you will not harm, misuse, or bring into disrepute any of its trademarks.

(b) You may not use or register, in whole or in part, Certifier's trademarks including its graphic symbols, logos, icons, or a confusingly similar mark, as part of a company name, trade name, product name, or service name except as specifically noted in these guidelines.

(c) You may not use Certifier's Trademarks or a confusingly similar mark, on or in connection with web sites, products, packaging, promotional/advertising materials, or for any other purpose except pursuant to an express written trademark license from Certifier.

(d) You may not alter any of Certifier's Trademarks in any manner. You may only display the logo as designated herein, and not in any other manner.

(e) You may not use any of Certifier's trademarks or its graphic symbols, logos, or icons in a disparaging manner or link your website to Certifier's websites if your site is obscene or pornographic, or disparaging, defamatory, or libelous to Certifier or to Certifier's Entities.

(f) You may not use Certifier's Trademarks in a manner that would imply Certifier's affiliation with or endorsement, sponsorship, or support of your product or service or present misleading information about Certifier's services and/or products.

(g) The goodwill derived from using any part of Certifier's trademarks exclusively inures to the benefit of and belongs to Certifier.

(h) Except for the limited right to use as expressly permitted under these Guidelines, no other rights of any kind are granted hereunder, by implication or otherwise.

(i) Certifier reserves the right in its sole discretion to terminate or modify your permission to display its Trademarks and logos at any time.

(j) Certificates and trademarks shall not be transferred to successors in title, new owners or other organizations.

(k) USA HALAL CHAMBER OF COMMERCE INC. AND THE ISWA HALAL CERTIFICATION DEPARTMENT certificates shall be produced without changes to third parties.

| | Document No.: | ISWA/014 |
|---|---|---|
| Document Title: | Revision No.: | 05 |
| Terms of Service | Effective Date: | 28 March 2018 |
| | Page No.: | Page 10 of 20 |

(l) After certification has been cancelled, suspended, withdrawn or annulled, the client must desist from any promotion, making use of the certification and USA HALAL CHAMBER OF COMMERCE INC. AND THE ISWA HALAL CERTIFICATION DEPARTMENT trademark. The client's right of retention is precluded and must commit to return the certificate/s following cancellation, suspension, withdrawal or annulment.

(m) The client shall never use the certification and trademark in such a way as to undermine the reputation of USA HALAL CHAMBER OF COMMERCE INC. AND THE ISWA HALAL CERTIFICATION DEPARTMENT.

(n) An USA HALAL CHAMBER OF COMMERCE INC. AND THE ISWA HALAL CERTIFICATION DEPARTMENT certificate or trademark shall never be used in a misleading manner and not in accordance with strict provisions stipulated by USA HALAL CHAMBER OF COMMERCE INC. AND THE ISWA HALAL CERTIFICATION DEPARTMENT.

(o) Certificates can only be displayed at the address mentioned on the certificate.

(p) The documents provided to the client by USA HALAL CHAMBER OF COMMERCE INC. AND THE ISWA HALAL CERTIFICATION DEPARTMENT, including the USA HALAL CHAMBER OF COMMERCE INC. AND THE ISWA HALAL CERTIFICATION DEPARTMENT trademark, are protected by intellectual property laws.

(q) An electronic copy of the trademark as shown above shall be supplied to the client when required.

(r) Written permission shall be sought to approve and print any labels, websites, documents or any other place our trademarked logo will be used.

(s) The Trademark shall only be used on products manufactured during the certification period indicated on the certificate.

| | Document No.: | ISWA/014 |
|---|---|---|
| Document Title: | Revision No.: | 05 |
| Terms of Service | Effective Date: | 28 March 2018 |
| | Page No.: | Page 11 of 20 |

(t) Certificates and trademarks may be used for promotion. Such use is restricted to the scope and the period of validity of the certification. USA HALAL CHAMBER OF COMMERCE INC. AND THE ISWA HALAL CERTIFICATION DEPARTMENT Trademark shall not be attached to a non-conforming product that does not conform to guidelines of usage in our Terms of Service.

**Additionally, all companies must comply with the following:**

1.      A digital image copy of the ISWA HALAL CERTIFICATION DEPARTMENT/USA HALAL CHAMBER OF COMMERCE, INC. halal logo will be sent over to a customer whom had been granted approval.

2.      A standard number or reference may be used in conjunction with the logo to show compliance of a certain degree.

3.      Only halal logos that had been provided by the ISWA HALAL CERTIFICATION DEPARTMENT/USA HALAL CHAMBER OF COMMERCE, INC. can be used by its approved customer which is limited to the specifications including size, shape, colour, resolution, etc.

4.      The usage of the halal logo is meant only for approved products as specified in the halal certificate from the specific site and shall not be used on any other products.

5.      Halal logos can only be used by the approved customer on packaging of products while the establishment certificate is valid and must be removed immediately off all packaging after the certificates have expired or when revoked.

6.      It is recommended for a halal logo to be printed on all individual packaging, a compilation of packaging (secondary package), on carton boxes and any other external packaging that may pose a risk to contamination.

| Document Title: | Document No.: | ISWA/014 |
| --- | --- | --- |
| Terms of Service | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| Page No.: | Page No.: | Page 12 of 20 |



7.   Halal logos used by the approved customer must not be used in conjunction with any other logo/s or images or any other words that may affect its credibility (i.e. image of animals or deities).

8.   Random checks from both the market and in-house will be made as and when necessary to ensure compliance.

9.   A pre-packaged product shall not be described or presented on any label or in any labelling whether by words, pictorial or any other medium which refer to or are suggestive either directly or indirectly of any other product, with which such item might be confused; or by such a manner as to lead the purchaser or consumer to suppose that this food is connected with the other product.

10.   When required by law, an allergen note must be included in each individual packaging which includes notification of the usages of or the possible contact on items like soy, milk, fish, nuts, egg and such.

11.   In the case for abattoir, the label shall declare the following information:

a.   The name of product and type of animal.

b.   Date of slaughtering (in day, month and year).

c.   Date of packaging or processing.

d.   Reference number of veterinary/ health certificate containing slaughtered animal information.

e.   Mechanical slaughtering, when used.

f.   Electric stunning, when used.

| Document Title: | Document No.: | ISWA/014 |
| --- | --- | --- |
| Terms of Service | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| | Page No.: | Page 13 of 20 |

12. For non-abattoir plant, the label must contain the following information:

a. Name and type of the product.

b. A list of ingredients, which reflects undoubtedly clearance from all prohibitions of rules. Sources of actual ingredients shall be announced clearly and explicitly.

c. Products containing fats, oils, meat derivatives or extracts such as gelatine or rennet, shall declare its sources.

d. Food additives should be declared.

e. All kinds of fish with scales, shrimp and fish egg of fish with scales including their by-products shall be properly labelled as "scaled fish". All other aquatic animals including their by-products shall be clearly labelled as "non-scaled fish" as the case may be.

16. Proper Trademark Notice and Attribution

(a) You may use Certifier's Trademarks in advertising, promotional, and sales materials if you use the appropriate trademark symbol (TM, SM, ®) every time any of Certifier's Trademarks appear on any product, product documentation, or other product communications, or in the text of any advertisement, brochure, or other material.

(b) You agree to include an attribution of Certifier's ownership of its trademarks within the credit notice section of your product, product documentation, or other product communication.

Certifier's Registered Trademarks

| U.S. Reg. Number | Trademark |
| --- | --- |

| Document Title: | Document No.: | ISWA/014 |
| --- | --- | --- |
| **Terms of Service** | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| | Page No.: | Page 14 of 20 |

| 1 | 4323113 | |
| --- | --- | --- |
| 2 | 4323112 | |
| 3 | 4323111 | |
| 4 | 4311881 | |
| 5 | 4285198 | ISWA HALAL CERTIFICATION ® DEPARTMENT ® |
| 6 | 4285197 | USA HALAL CHAMBER OF COMMERCE, INC. ® |

17. Choice of Law and Forum

The formation, construction and interpretation of this agreement shall be controlled by the laws of the State of Maryland, giving no effect to choice of law provisions. The U.N. Convention of Contracts for the International Sale of Goods is expressly excluded from any interpretation of this Agreement. Any dispute relating to this agreement shall be subject to the exclusive jurisdiction of the state and federal courts in Maryland, U.S.A., and you agree to submit to the personal and exclusive jurisdiction of these courts.

Page 14 of 20

| Document Title: | Document No.: | ISWA/014 |
| --- | --- | --- |
| Terms of Service | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| | Page No.: | Page 15 of 20 |

18.    Statute of Limitations

You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Service or the TOS must be filed within one (1) year after such claim or cause of action arose or be forever barred.

19.    Agreement Construed According to Fair Meaning

This Agreement shall be construed as a whole according to its fair meaning, and not strictly for or against any of the parties.

20.    Headings

Headings contained in this Agreement are solely for the convenience of the parties hereto and shall not be deemed to or be used to define, construe, or limit any of the provisions hereof.

21.    No Waiver

No failure or delay by any party hereto in exercising any right, power or privilege hereunder shall operate as a waiver or relinquishment thereof nor shall any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any other right, power or privilege.

22.    Severability

If any provision of this Agreement is determined to be invalid, illegal or unenforceable in any respect by any court of competent jurisdiction, the remaining provisions of this Agreement to the maximum extent permitted by law shall remain in full force and effect. To the extent permitted by law, the parties hereby to the same extent waive any provision of law that renders any provision hereof prohibited or unenforceable in any respect.

23.    Clauses

a) The certification body shall be responsible for, and shall retain authority for, its decisions relating to certification, including the granting, maintaining, renewing, extending, reducing, suspending and withdrawing of certification. At all time, the rightful owner of the halal certificate shall be the certifying body and it shall be collected back as and when deemed necessary by the certifying body.

b) The client shall be a legal entity, or a defined part of a legal entity, such that the legal entity can be held legally responsible for all its activities;

| Document Title: | Document No.: | ISWA/014 |
| Terms of Service | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| | Page No.: | Page 16 of 20 |

c) The client must always fulfil the halal certification requirements including implementing appropriate changes when they are communicated by the certification body;

d) If the halal certification applies to ongoing production, the certified product must continue to fulfil the product requirements;

e) The client shall make all necessary arrangements for the conduct of the evaluation and surveillance, including provision for examining documentation and records, and access to the relevant equipment, location(s), area(s), personnel, and client's subcontractors;

f) The client shall make all necessary arrangements for the investigation of complaints;

g) The client shall make all necessary arrangements for the participation of observers,

h) The client shall make claims regarding certification consistent with the scope of certification

i) The client shall not use its halal certification in such a manner as to bring the certification body into disrepute and does not make any statement regarding its halal certification that the certification body may consider misleading or unauthorized;

j) Upon suspension, withdrawal, or termination of certification, the client must discontinue its use of all advertising matter that contains any reference thereto and takes action as required by the certification scheme (e.g. the return of certification documents) and takes any other required measure;

k) If the client provides copies of the certification documents to others, the documents shall be reproduced in their entirety or as specified in the certification scheme;

l) In referring to its product certification in communication media such as documents, brochures or advertising, the client shall comply with the requirements of the halal certification body or as specified by the certification scheme;

m) The client shall comply with any requirements that may be prescribed in the certification scheme relating to the use of marks of conformity, and on information related to the product;

Page 16 of 20

| | Document No.: | ISWA/014 |
|---|---|---|
| **Document Title:** | Revision No.: | 05 |
| **Terms of Service** | Effective Date: | 28 March 2018 |
| | Page No.: | Page 17 of 20 |



n) The client shall keep a record of all complaints made known to it relating to compliance with certification requirements and makes these records available to the certification body when requested, and takes appropriate action with respect to such complaints and any deficiencies found in products that affect compliance with the requirements for certification;

o) The client shall inform the certification body, without delay, of changes that may affect its ability to conform with the halal certification requirements.

p) The client shall exercise control as specified by the certification scheme over ownership, use and display of licenses, certificates, marks of conformity; and any other mechanisms for indicating a product is certified.

q) Incorrect references to the certification scheme, or misleading use of licenses, certificates, marks, or any other mechanism for indicating a product is certified, found in documentation or other publicity, shall be dealt with by suitable action.

r) The Halal certification body shall exercise proper control over ownership, use and display of licenses, Halal certificates and Halal marks of conformity.

s) Guidance on the use of Halal certificates and Halal marks permitted by the Halal certification body may be obtained from related standard.

t) Incorrect references to the Halal certification system or misleading use of licenses, Halal certificates or marks, found in advertisements, catalogues, etc., shall be dealt with by suitable action.

u) Halal certificate owners who failed to renew their Halal certificates will not be allowed to use the Halal mark at the premises or on the manufactured Halal products/services or inside the grocery shop or supermarkets corridors.

v)The Halal mark should meet the required specifications as per the approved standard.

w) The Halal mark should be printed clearly on all certified Halal products and labelled on each box/package.

| Document Title: | Document No.: | ISWA/014 |
| --- | --- | --- |
| Terms of Service | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| | Page No.: | Page 18 of 20 |

x) Companies are allowed to print the colored mark suitable to its packaging as long as it does not change the original specification(s) of the mark.

y) The Halal mark/certificate should be exhibited only at the entrance of the certified restaurant.

The certificate holder shall not reproduce the granted Halal certificate in part and/or in a way that would hinder the legibility, nor shall tamper with the original copies or photocopies of the Halal certificate. He shall not translate the certificate and/or test reports in other languages without the control and consent of the Halal certification body.

If any provision of this Agreement is determined to be invalid, illegal or unenforceable in any respect by any court of competent jurisdiction, the remaining provisions of this Agreement to the maximum extent permitted by law shall remain in full force and effect. To the extent permitted by law, the parties hereby to the same extent waive any provision of law that renders any provision hereof prohibited or unenforceable in any respect.

24.    Independent Counsel

You acknowledge, represent and declare that, in agreeing to these Terms of Service, you have relied solely upon your own judgment, belief and knowledge, and that you have not been influenced to any extent whatsoever in executing the same by and representations or statements made by any other party or by a representative of another party. You acknowledge, represent and declare that you have carefully read the Terms of Service and Requirements, know their contents and that you execute this agreement voluntarily and without duress or pressure. You have reviewed the Terms of Service and Requirements, and the rule of construction to the effect that any ambiguities in an agreement are to be resolved against the drafting party shall not be employed in the interpretation of this Agreement.

25.    Testing

Testing is a requirement in order to keep in good standing with your certification. All companies must send samples of their Halal products, obtain the test results from an ISO 17025 accredited lab and send ISWA a copy of the test results minimum once a

| | Document No.: | ISWA/014 |
| Document Title: | Revision No.: | 05 |
| **Terms of Service** | Effective Date: | 28 March 2018 |
| | Page No.: | Page 19 of 20 |

year. The prices of tests vary depending upon the type of product you produce. The cost of the tests are separate from the membership fee (all testing costs will be invoiced and paid to the lab directly). ISWA does not send invoices for testing.

26.  Audits and Inspections

a)  After an application approved by our committee, our audit/inspection team has up to 6 months to conduct the audit.

b)  An audit/inspection of your facility must be conducted minimum annually to keep in good standing with your certification. ISWA has the right to conduct unannounced audits as deemed necessary.

c)  All audits costs must be paid by the client if the audit was conducted, regardless of the outcome of the audit.

d)  If the client confirms the audit and ISWA has booked travel, ISWA must be reimbursed for all audit related expenses, regardless of the reasons for cancellation or changes. If termination of the audit is due to the client, all audit expenses must be reimbursed to ISWA.

e)  Any changes or cancellation fees incurred must be reimbursed to ISWA.

27.  **Notice**

Any notice or communication required or permitted to be given hereunder shall be in writing shall be deemed to have been duly served (i) when received if personally delivered or sent by facsimile transmission (with confirmed receipt), (ii) three days after being sent by registered or certified mail, return receipt requested, postage prepaid, or regular airmail, postage prepaid, to the Parties, or (iii) one day after overnight courier, if receipt is confirmed by the delivery agent at their respective addresses set forth below (or such other address as may be designated pursuant hereto). If you have not provided Certifier with accurate information, Certifier cannot be held liable if it fails to notify you.

If to the Applicant, to the following address:

| Document Title: | Document No.: | ISWA/014 |
| --- | --- | --- |
| Terms of Service | Revision No.: | 05 |
| | Effective Date: | 28 March 2018 |
| Page No.: | | Page 20 of 20 |

If to Certifier, to the following address:

ISWA Halal Certification Department/
USA Halal Chamber of Commerce, Inc.
12510 Prosperity Drive, Suite 280
Silver Spring, MD 20904
USA

28.  Complete Agreement

The TOS and Requirements constitute the entire agreement between you and Certifier and govern your use of the Services. The TOS and Requirements cannot be changed or terminated orally. This Agreement is the only agreement of the parties hereto relating to the subject matter thereof. No statements, promises or representations have been made by any party to another, or are relied upon, and no consideration has been or is offered, promised expected, or held out, other than that provided in this Agreement. No conditions precedent to the effectiveness of this Agreement exist, other than as may be expressly provided herein. All prior discussions and negotiations have been and are merged and integrated into, and are superseded by, this Agreement. This Agreement may only be modified by a writing signed by the party to be bound. By accepting this Agreement, you agree to comply with these terms of service, the requirements and the guidelines to use Certifier's intellectual property.

Date: _____    Company Name: _____

Signature: _____

Title: _____

Printed Name: _____

You are submitting a request to receive Certifier's Certification Services. By signing, you acknowledge that you have read and understood our Terms of Service and the attached Requirements.

EXHIBIT 6



**ISWA Halal Certification Department**
قسم شهادة الحلال ج.إ.م.و.

May 30, 2018

Best Choice Meats, Inc.
Attn: A.J Naser
12646 S. Springfield Avenue
Alsip, IL 60803

Dear Mr. A.J Naser,

This letter is to inform you that your certification with the ISWA Halal Certification Department is supposed to be valid from October 25th 2017 to October 25th 2018 and we have not received any monthly Halal productions reports from October 2017 until May 2018. Submitting monthly Halal production reports and payments on Halal productions are requirement for your certification. We have written to you on April 9th 2018 as well as October 2017 regarding this matter with no response. Due to failure to comply with the agreement, you are no longer in good standing with your Halal Certificate and your certificate suspended as of June 1, 2018. You will not be able to renew your certification unless we get all of your  monthly reports from October 2017 until present.

Once your certification is suspended,  you are not eligible to renew your certification unless this is rectified and all of our trademarked logos must no longer be in use by your company.

If you have any questions regarding this matter, feel free to contact us.

ISWA Halal Certification Department
12510 Prospertiy Drive, Ste 280
Silver Spring, MD 20904, USA
Tel: +13013280592
Fax: +13013280732
Email:info@ushalalcertification.com
Website: www.ushalalcertification.com

EXHIBIT 7



# ISWA Halal Certification Department
## قسم شهادة الحلال ج.إ.م.و.

September 18, 2018

Best Choice Meats, Inc.
Attn: Pablo Sanchez/A.J Naser
12646 S. Springfield Ave.
Alsip, IL 60803

Dear Pablo Sanchez/A.J Naser,

During your certification period, we did not receive any Halal production reports. You were given written notice and have not submitted the documentation needed which means you have fallen out of compliance with your certification.

We are writing to let you know that your certification with us has been terminated and you are no longer eligible to receive Halal certification services from us. Your company is also ineligible to re-apply for certification.

You will need to return our certificate to the head office:
ISWA Halal Certification Department
12510 Prospertiy Drive, Ste 280
Silver Spring, MD 20904, USA

Termination of Certification includes the follow terms and conditions:

Please note that going forward your company shall be identified as "the client" and ISWA Halal Certification Department/USA Halal Chamber of Commerce, Inc. as "us" and "our" and "the certifier" from here on out.

1) The client shall not make claims regarding certification with us.

ISWA Halal Certification Department
12510 Prospertiy Drive, Ste 280
Silver Spring, MD 20904, USA
Tel: +13013280592
Fax: +13013280732
Email:info@ushalalcertification.com
Website: www.ushalalcertification.com

Page **2** of **3**

2) The client shall not use its expired product certification in such a manner as to bring ISWA into disrepute and does not make any statement regarding its product certification that ISWA may consider misleading or unauthorized.

3) The client shall not provide copies of the terminated certification documents to others and the documents shall not be reproduced in any capacity.

4) In referring to product certification in communication media such as documents, brochures or advertising, the client shall cease and desist from using our registered logos and trademarks and anything relating to the use of marks of conformity.

   The entire content of the USA Halal's web site including but not limited to texts, designs, graphics, interfaces, or code and the selection and arrangement thereof is protected by United States and international copyright laws and is the exclusive property of Certifier.

   After certification has been cancelled, suspended, withdrawn or annulled, the client must desist from any promotion, making use of the certification and USA HALAL CHAMBER OF COMMERCE INC. AND THE ISWA HALAL CERTIFICATION DEPARTMENT trademark. The client's right of retention is precluded and must commit to return the certificate/s following cancellation, suspension, withdrawal or annulment.

5) The client must pay any owed invoices as for services rendered as stated in our terms of service.

6) If Certifier issued you a password, you agree to cease and desist using any log-in information provided to you while under the certification period. You may not transfer your registration, password or user name to another person or share it with anyone.

7) The client expressly understands and agrees that Certifier and "Certifier's Entities" shall not be liable to you for any direct, indirect, incidental, special, consequential or exemplary damages, including but not limited to, damages for loss of profits, goodwill or other intangible losses resulting from your use of or inability to use these Services.

8) Indemnification
   You hereby agree to indemnify, defend and hold Certifier, and its operating divisions, affiliates and subsidiaries, officers, director, employees, and agents (collectively, "Certifier's Entities") harmless from and against any and all liability, losses, expenses, damages and costs

ISWA Halal Certification Department
12510 Prospertiy Drive, Ste 280
Silver Spring, MD 20904, USA
Tel: +13013280592
Fax: +13013280732
Email:info@ushalalcertification.com
Website: www.ushalalcertification.com

Page 3 of 3

(including attorneys' fees), incurred by you in connection with any claim arising out of your use of Certifier's Services.

Certifier reserves the right to assume, at its sole expense, the exclusive defense and control of any claim, action or other matter for which you are required to indemnify Certifier, and all negotiations for settlement or compromise thereof, and you agree to fully cooperate with Certifier in the defense of any such claim, action, settlement or compromise negotiations, as requested by Certifier.

Further, you agree to indemnify, hold harmless, and defend Certifier or Certifier's Entities against any and all claims that may arise out of any injury to any of your employees, agents, or representatives while performing services hereunder whether attributable in whole or in part to a willful or neglectful act or omission of Certifier or Certifier's Entities. You expressly waive any and all immunity from suit by Certifier or Certifier's Entities by operation of any workers' compensation or similar statute; provided, however, that such waiver shall apply only to extent necessary to enable the enforcement of this indemnification provision.

You shall further defend, indemnify, and hold harmless Certifier or Certifier's Entities from and against any and all suits, proceedings, claim, losses, and damages (including reasonable attorneys' fees) related to any claim by a third party alleging that the Certifier or Certifier's Entities' use of the trademarks or any portion thereof constitutes an infringement of any Intellectual Property Rights of any kind of such third party.

9) Any Halal documentation issued to the client for the current certification period must be returned by postal mail to ISWA Halal Certification Department: 12510 Prosperity Drive Ste. 280
Silver Spring, MD 20904, USA

**Refund Policy: No refunds of any kind are given. No refunds will be issued once services are rendered and documentation has been distributed to the client.**

Best Regards,

The Management Team

ISWA Halal Certification Department

ISWA Halal Certification Department
12510 Prospertiy Drive, Ste 280
Silver Spring, MD 20904, USA
Tel: +13013280592
Fax: +13013280732
Email:info@ushalalcertification.com
Website: www.ushalalcertification.com

EXHIBIT 8



12646 S. Springfield Ave., Alsip, IL 60803
Ph: (708) 385-5000 • Fax: (708) 385-5001
www.bcmeats.net

September 19, 2018

ISWA Halal Certification Department
12510 Prosperity Drive, Ste 280
Silver Springs, MD 20904

Dear ISWA Management Team,

Thank you for your Letter of Termination of September 18, 2018.

We had received your Letter of Suspension of May 30, 2018.

We had determined at that time that we no longer required your services.

We are now certified by another Halal Certification Organization.

Our ISWA Certificate has been destroyed so we are unable to return it to you.

We do not now and have never used any ISWA logos, graphics, designs, trademarks, etc. in anyway on any of our product packaging. If any of our Social Networks bear any reference to ISWA they will be removed immediately.

ISWA must also no longer claim that Best Choice Meats, Inc. is a client of ISWA.

Best Regards,

A.J. Naser
VP of Operations

# EXHIBIT 9



# EXHIBIT 10






Page 1 of 1

# Islamic Society of the Washington Area

الجمعية الاسلامية لمنطقة واشنطن

## ISLAMIC (HALAL) CERTIFICATE

The Islamic Society of the Washington Area (ISWA) Halal Department hereby certifies that the poultry distributed by the plant listed below have complied to all the Islamic Halal Sharia protocols and are Halal:

### Best Choice Meats, Inc.

USDA Establishment #2510
9229 S. Baltimore Avenue
Chicago, IL 60617

## Products:

| Delta Sunrise Poultry Products |
| --- |

The above mentioned plant has been duly inspected and is under our supervision. Therefore, the products sold by them are considered suitable for consumption of all Muslims worldwide and in accordance with the laws of Islamic Sharia and our internal HALAL guidelines procedures as endorsed by the Islamic Society of the Washington Area, the World Halal Council, and the American Muslim Halal Compliance Council. If you have any questions feel free to contact us at +13013843608 or by email at info@ushalalcertification.com.

**This certificate is only valid from December 1, 2015 to December 1, 2016 when signed and sealed by the official below.**
**Every batch produced must be accompanied with a halal certificate for domestic sales and an export halal certificate for international sales.**

Habib Ghanim, Sr.
Director
ISWA Halal Certification Department

ISWA
HALAL CERTIFICATION
DEPARTMENT
ISLAMIC SOCIETY OF THE WASHINGTON AREA

Islamic Society of the Washington Area (ISWA)
Halal Certification Department
1712 Eye Street, NW Suite 602
Washington, DC 20006, USA
Tel: +13013843608
Fax: +13013842975
Email:info@ushalalcertification.com
Website: www.ushalalcertification.com




*This certificate is not valid without a raised seal, security stamp and barcode.*

Page 1 of 1

 

# *Islamic Society of the Washington Area*

<div dir="rtl">الجمعية الاسلامية لمنطقة واشنطن</div>

 

## ISLAMIC (HALAL) CERTIFICATE

The Islamic Society of the Washington Area (ISWA) Halal Department hereby certifies that the poultry distributed by the plant listed below have complied to all the Islamic Halal Sharia protocols and are Halal:

## Best Choice Meats, Inc.

USDA Establishment #2510
12646 S. Springfield Ave.
Alsip, IL 60803

## Products:

Delta Sunrise Poultry Products

The above mentioned plant has been duly inspected and is under our supervision. Therefore, they are able to produce products that are considered suitable for consumption of all Muslims worldwide and in accordance with the laws of Islamic Sharia and our internal HALAL guidelines procedures as endorsed by the Islamic Society of the Washington Area, the World Halal Council, and the American Muslim Halal Compliance Council. If you have any questions feel free to contact us at +13013843608 or by email at info@ushalalcertification.com.

**This certificate is only valid from October 25, 2016 to October 25, 2017 when signed, and sealed by the official below.**
**Every batch produced must be accompanied with a halal certificate for domestic sales and an export halal certificate for international sales.**

Habib Ghanim, Sr.
Director
ISWA Halal Certification Department

ISWA
HALAL CERTIFICATION
DEPARTMENT
ISLAMIC SOCIETY OF THE WASHINGTON AREA



Islamic Society of the Washington Area (ISWA)
Halal Certification Department
1712 Eye Street, NW Suite 602
Washington, DC 20006, USA
Tel: +13013843608
Fax: +13013842975
Email:info@ushalalcertification.com
Website: www.ushalalcertification.com

*This certificate is not valid without a raised seal, security stamp and barcode.*

Page 1 of 1

  

# *Islamic Society of the Washington Area*

## الجمعية الاسلامية لمنطقة واشنطن

### ISLAMIC (HALAL) CERTIFICATE

ISWA Halal Certification Department hereby certifies that the Supplements specified below are under our supervision.

**Best Choice Meats, Inc.**

USDA Establishment #2510
12646 S. Springfield Ave.
Alsip, IL 60803

## Products:

| Delta Sunrise Poultry Products |
| --- |

The above mentioned plant has been duly inspected and is under our supervision. Therefore, they are able to produce products that are considered suitable for consumption of all Muslims worldwide and in accordance with the laws of Islamic Sharia and our internal HALAL guidelines procedures. If you have any questions feel free to contact us at +13013843608 or by email at info@ushalalcertification.com

**This certificate is only valid from October 25, 2017 to October 25, 2018 when signed, and sealed by the official below.**
**Every batch produced must be accompanied with a halal certificate for domestic sales and an export halal certificate for international sales.**

Habib Ghanim, Sr.
Director
ISWA Halal Certification Department

ISWA
HALAL CERTIFICATION
DEPARTMENT
ISLAMIC SOCIETY OF THE WASHINGTON AREA



ISWA Halal Certification Department
12510 Prosperity Dirve Ste 280
Silver Spring, MD 20904 USA
Tel: +13013280592
Tel: +13013280627
Fax: +13013280732
Email:info@ushalalcertification.com
Website: www.ushalalcertification.com



*This certificate is not valid without a raised seal, security stamp and barcode.*

EXHIBIT 11



EXHIBIT 12

Mail - aghanim@ushalalcertification.com

# Fw: Termination of Certification

Membership

Fri 5/17/2019 3:10 PM

To: Aly Ghanim <aghanim@ushalalcertification.com>;

Best Regards,

Adedayo Oyewole
Assistant Office Administrator

ISWA Halal Certification Department
12510 Prosperity Drive
Ste 280
Silver Spring, MD 20904
Tel:+1(301)328-0592
Tel:+1(301)328-0627
Email: memberships@ushalalcertification.com
www.ushalalcertification.com

Please consider your environmental responsibility before printing this email.

Information in this message is confidential and is intended solely for the person to whom it is addressed. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and STRICTLY PROHIBITED and could be a breach of confidence. If you have received this e-mail in error, please notify the sender immediately by reply e-mail. Do not read the email and delete the message from your system. The sender does not accept any responsibility for viruses and it is your responsibility to scan the email and attachment, if any.

**From:** Membership
**Sent:** Tuesday, May 14, 2019 9:15 AM
**To:** Tanous El-Kareh
**Subject:** Re: Termination of Certification

Thank you. Remember to remove the products labels as well as they still have our Halal logo. Thanks.

Best Regards,

Adedayo Oyewole
Assistant Office Administrator

5/17/2019                                        Mail - aghanim@ushalalcertification.com

ISWA Halal Certification Department
12510 Prosperity Drive
Ste 280
Silver Spring, MD 20904
Tel:+1(301)328-0592
Tel:+1(301)328-0627
Email: memberships@ushalalcertification.com
www.ushalalcertification.com

Please consider your environmental responsibility before printing this email.

Information in this message is confidential and is intended solely for the person to whom it is addressed. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and STRICTLY PROHIBITED and could be a breach of confidence. If you have received this e-mail in error, please notify the sender immediately by reply e-mail. Do not read the email and delete the message from your system. The sender does not accept any responsibility for viruses and it is your responsibility to scan the email and attachment, if any.

**From:** Tanous El-Kareh <telkareh@bcmeats.net>
**Sent:** Monday, May 13, 2019 8:51:54 PM
**To:** Membership
**Cc:** Pablo Sanchez; A.J. Naser
**Subject:** Re: Termination of Certification

Good Evening,

Our apologies, it will be removed from our website immediately.

Thank you,

Tanous El-Kareh

Sent from my iPhone

On May 13, 2019, at 2:44 PM, Membership <memberships@ushalalcertification.com> wrote:

> Dear Pablo Sanchez/A.J Naser, ,
>
> Thank you for your past business in getting your products certified by us. It has come to our attention that you are still displaying our certificate on your website. Please remove this immediately. Per your request, your certification was terminated on September 19, 2018.  Thank you.
>
> Best Regards,
>
> Adedayo Oyewole
> Assistant Office Administrator

5/17/2019

Mail - aghanim@ushalalcertification.com

ISWA Halal Certification Department
12510 Prosperity Drive
Ste 280
Silver Spring, MD 20904
Tel:+1(301)328-0592
Tel:+1(301)328-0627
Email: memberships@ushalalcertification.com
www.ushalalcertification.com

Please consider your environmental responsibility before printing this email.

Information in this message is confidential and is intended solely for the person to whom it is addressed. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and STRICTLY PROHIBITED and could be a breach of confidence. If you have received this e-mail in error, please notify the sender immediately by reply e-mail. Do not read the email and delete the message from your system. The sender does not accept any responsibility for viruses and it is your responsibility to scan the email and attachment, if any.

<Letter ISWA Termination.pdf>

<Termination Letter- September 18, 2018.pdf>