# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| USA-HALAL CHAMBER OF COMMERCE, INC., a Maryland corporation | ) ) ) ) | |
| Plaintiff, | ) ) | 1:19 C 4693<br>Hon. Marvin E. Aspen |
| v. | ) ) | |
| BEST CHOICE MEATS, INC., an Illinois corporation | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

On August 14, 2019, we granted Plaintiff, USA-Halal Chamber of Commerce, Inc. ("USA Halal"), a temporary restraining order (Dkt. No. 24) and ordered USA-Halal to post a security in the amount of $95,000 no later than August 26, 2019. Plaintiff requested addition time to post the security because of ongoing settlement negotiations with Defendant, Best Choice Meats, Inc. (Dkt. No. 27.) We granted Plaintiff an extension of time to post a security until September 25, 2019. (Dkt. No. 29.) September 25th has now passed and Plaintiff has not posted the required security.

We hereby order the Plaintiff to provide a written update regarding the status of settlement negotiations and its reason for delay in posting a security on or before October 1, 2019.

It is so ordered.

                                                                                              Honorable Marvin E. Aspen  
                                                                                              United States District Judge

Dated: September 26, 2019  
           Chicago, Illinois